FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

JAN 1 3 2025

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

TAMMY H. DOWNS, CLERK
By: _____
                    DEP CLERK

# UNITED STATES DISTRICT COURT

for the .

_____ District of _____

_____ Division

|  |  |
|---|---|
| *Brendon Barton* #152031 | ) Case No.    4:25-cv-00023-DPM-ERE |
| **Plaintiff(s)** | ) *(to be filled in by the Clerk's Office)* |
| *(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | ) |
| -v- | ) |
|  | ) |
| *See Attached* | ) This case assigned to District Judge  Marshall |
| **Defendant(s)** | ) and to Magistrate Judge  Ervin |
| *(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | ) |

## COMPLAINT AND REQUEST FOR INJUNCTION

I.    **The Parties to This Complaint**

A.    **The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | *Brendon Barton ADC # 152031* |
| Street Address | *P.O. Box 1010* |
| City and County | *Wrightsville, AR. 72183, Pulaski* |
| State and Zip Code | *Arkansas  72183* |
| Telephone Number | |
| E-mail Address | |

B.    **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1

Name — Marsha Miller

Job or Title *(if known)* — APN – Well Path – Varner unit

Street Address — P.O. Box 600

City and County — Grady, AR. 71644-0600 Lincoln

State and Zip Code

Telephone Number

E-mail Address *(if known)*

Defendant No. 2

Name — Dr. Douangkesone

Job or Title *(if known)* — MD – Wellpath – Varner unit

Street Address — P.O. Box 600

City and County — Grady, Lincoln

State and Zip Code — Arkansas  71644

Telephone Number

E-mail Address *(if known)*

Defendant No. 3

Name — Andrea Culclager

Job or Title *(if known)* — Deputy Director - for Health

Street Address — 6814 Princeton Pike

City and County — Pine Bluff – Lincoln

State and Zip Code — Arkansas  71602-9411

Telephone Number

E-mail Address *(if known)*

Defendant No. 4

Name — Chris H. Horan

Job or Title *(if known)* — MD – Regional Medical Director

Street Address — 6814 Princeton Pike

City and County — Pine Bluff, Lincoln

State and Zip Code — Arkansas. 71602-9411

Telephone Number

E-mail Address *(if known)*

DEFENDANT'S - Continued

B.

Dr. Thomas Daniel
MD - Well Path
P.O. Box 1010
Wrightsville, Pulaski County
Arkansas. 72183


Vesta Blanks
Medical Services Manager - Wellpath
P.O. Box 1010
Wrightsville, Pulaski County
    Arkansas, 72183


M. Lane - APN
Wellpath - Hawkins unit for Males
P.O. Box 1010
Wrightsville, Pulaski County
Arkansus, 72183

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☑ Federal question               ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.    If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

_____

### B.    If the Basis for Jurisdiction Is Diversity of Citizenship

1.    The Plaintiff(s)

a.    If the plaintiff is an individual

The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____ .

b.    If the plaintiff is a corporation

The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____ ,

and has its principal place of business in the State of *(name)*

_____ .

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.    The Defendant(s)

a.    If the defendant is an individual

The defendant, *(name)* _____, is a citizen of the State of *(name)* _____ . Or is a citizen of

*(foreign nation)* _____ .

      b.    If the defendant is a corporation

The defendant, *(name)* _____, is incorporated under

the laws of the State of *(name)* _____, and has its

principal place of business in the State of *(name)* _____.

Or is incorporated under the laws of *(foreign nation)* _____,

and has its principal place of business in *(name)* _____

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

_____

## III.   Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the injunction or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.    Where did the events giving rise to your claim(s) occur?

While I was at Varner unit, and Currently Continuing here while Im at The Hawkins unit for Males at DTF.

B.    What date and approximate time did the events giving rise to your claim(s) occur?

April of 2024, like The First week of April. I Cant Remember The Exact Date.

C.    **What are the facts underlying your claim(s)?**  *(For example:  What happened to you?  Who did what?*
*Was anyone else involved?  Who else saw what happened?)*

The First Week of April, I fell down the Staies and Broke
My Leg. I have put in dozens of Sick Calls Between ~~April~~
April, until August Before I Was Finally Sent To get
an MRI. Initially I Was given an X-RAY But I
Was Never Shown The X-RAY Results.

Continued
pmt.
C

## IV.    Irreparable Injury

Explain why monetary damages at a later time would not adequately compensate you for the injuries you
sustained, are sustaining, or will sustain as a result of the events described above, or why such compensation
could not be measured.

## V.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order.  Do not make legal
arguments.  Include any basis for claiming that the wrongs alleged are continuing at the present time.  Include
the amounts of any actual damages claimed for the acts alleged and the basis for these amounts.  Include any
punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or
punitive money damages.

## VI.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:    *1-6-25*

Signature of Plaintiff

Printed Name of Plaintiff    *BRENDON BARTON*

### B.    For Attorneys

Date of signing:    _____

Signature of Attorney    _____

Printed Name of Attorney    _____

Bar Number    _____

Name of Law Firm    _____

Street Address    _____

State and Zip Code    _____

Telephone Number    _____

E-mail Address    _____



C. In April of This year, 2024. I fell down the
Staies and Seriously Injured My left leg and
left Ankle. As Far As I Know this was all
That Was Injured. It feels like there Could
Be More, But the full extent of My Injuries
has yet To Be Determined. When I fell down
The Staies, It Took ME a Second to get
up. I was Able To Pick myself up and
walk it off gingerly. Over the Next day
or 2 I Noticed my leg had began To swell
up. It was Twice the Size of My Right
leg, and My Knee Cap had Shifted To the
Other left Side of my leg. I put in 2
Sick Calls, and had to have my Mom Call — EXB-B
Central Office Before I was Finally Seen
By a Nurse. Nurse Martin gave me a Shot
In my Hip, and One in Both Side's
of my leg. I was given Naproxen, and
put on To See The Provider. April 18th,
I was Scheduled for AN X-Ray. A few days
later I Reviewed the x-Rays with Apn Miller,
and Dr. Douangkesone. At this Visit They Told.
Me That My X-Rays Were the Same as my
EXB-C — Patello Alto Diagnosis from February 7th. I was
Grievance # given 2 More Shots By Apn Miller. At this
Vu-24-00231 Visit I was given a 14 day lay-in, an Ace-
Bandage, and more Naproxen. I Saw The Nurse
June 11, and was Reffered To The Provider. June
13th. I was given another 14 day lay-in, Continued
The Naproxen, and Ace Wrap. I Saw Dr. Douangkesone
June 17th, He Told me my X-Ray was The Same
as from february, But He Tried To Reset my
leg At This Visit, Because my leg had Began

1

awkwardly To Shift Outwards. He painfully yanked on my leg and asked me If that Hurt. After this Interaction He Told me I Should leave This Whole Thing Alone Because Nothing Will Be Done Because I'm an Inmate and There are certain Policies and Procedures That Prevent me from Seeing Out of Facility Providers. I was given a Diabetic Sleeve, Meloxicam 15mg, and I was Reffered for AN MRI. June 17th The RMD Denied my MRI Consult. June 26th, I Saw Dr. Douangkesone after 2 more Sick Call Complaints. I was given another 30 day lay-in, and Self-Guided physical Therapy, That I was In Capable of Doing. I kept Asking about AN MRI, and Each Time I Asked I was given The Run-around about Why I wouldn't get One. July 9th I Saw Dr. Douangkesone, Ms. Miller -ApN- Because The Pain I was Dealing With Was unbarable They gave me The Same Story, Same Run-around, They told me To keep Trying To Do the Physical Therapy. Despite me Telling Them I Couldn't Do Them, or Even attempt them Without Excruciating Pain. July 10th The RMD C. Horan, Advised That I Could Resubmit the MRI Request. At This Point I'm Telling them That my leg is healing Incorrectly Throughout This Entire Course of Treatment, I've Asked for Crutches Since my First Encounter With ApN Miller. AND Continued To Do So until I was Finally Sent To Jefferson Regional Medical Center on August 9th. I was Sent for AN MRI, By Dr. C. Horan, The Regional MD.

EXB-C Grievance # VU-24-00231

- EXB-D

2

Prior To Me Being Sent for The MRI, I was having To limp Around To go Eat, Take a Shower, use the Restroom and do Daily Activities like getting water, Change my Clothes...Etc. August 9th, The MRI was Taken and I was Transferred To Hawkins unit for Males To Take The Pathway to Freedom Program. The following week. I made it Here About August 13th, or 14th of 2024. I Began Requesting To See The MRI immediately Because I was Still In So Much Pain, I was Still putting in Sick Calls. I Needed Crutches, and Surgery immediately at This Point. My leg was Still Swollen, and My Ankle was Dis-Colored. My leg was Red with fever, and I had a Noticeable Deformity. This is four months Post-Injury, and I Still Haven't Had Surgery, Or Even a Conversation about it at This Point. I Continued To put Sick-Calls in Throughout The Month of September. The MRI — EXB-D Results Read That I have a Tear of the Posterior horn Segment of The Meniscus. I was Told That This is a grade 1 Tear and That It would heal on it's Own in 2-6 Months. I knew This Information Couldn't Be Right, So after This Particular Visit With APN Nurse lane, It was apparent That The Defendants were Trying Everything in there Power To Prevent Me from Having the Surgeries That I Needed I Saw Dr. Thomas Daniel, and Nurse Childress September 20th. At    — EXB-C This Meeting With Dr. Daniel He was Very Rude and Became Vulgar With Me at this

3

Point, I felt like he was Trying To Provoke
Me Into an Altercation To Terminate the Visit.
He yanked My leg During This Meeting, But
Waited until No one was Present in the
Room. At This Point in my Attempts To get
Surgery Done my leg has already Set in a
way That looks Extremely Abnormal. Especially
When I have Been Active My whole life.
I was in Sports, and Enlisted in the
Army National Guard Before Prison. I've
Never Had To Deal With Any Significant
Injuries Prior To this. I Came To
Prison In great Physical Health. Now I
Can Barely Walk, and my Bones have Set
Incorrectly, and Continue To Rub Together
day In and Day Out. I was given Crutches — EX B G
after 5 months of Complaining and limping
around on one leg. If it wasn't for the
Nurse Speaking up for Me I wouldn't
Have gotten the Crutches. I Continued
To Complain About The Pain I was
Dealing with In my leg. My leg was Crunching
and Popping when I Moved. I Can't
put any Weight On It, and It's Been
Extremely hard To Move Around and Do my
Daily functions. After about a Month of
Oct. 15 | Complaining I was Sent To See Dr. L.
Nguyen In Little Rock at the St. Vincent
location. When I made It there I was
Taken To an Observation Room By 2 X-Ray
Technicians, Plus The Aide Officers. The X-Ray
Tech was a White Female Who Took 4 — EX B-H
X-Ray Images of my leg. I Told The X-Ray — EX B-I

4

Tech That I Couldn't fully Extend my
leg Due To the Severity of my Injuries.
So She Told me That Was fine and
I Could get as Comfortable as possible.
I Could only Straighten my leg out a
little Bit. I Was also given an X-Ray
of my foot Because It was Catching    -EXB-A
and Popping. I Was Taken Back to the
Observation Room, Where Doctor L. Nguyen
Entered the Room and Turned on the
Screen In The Observation Room. HE
Showed ME One Image. It Was an
X-Ray Image of A fully Extended leg.
When I Noticed It I Told Dr. L.
Nguyen That That Couldn't Be my leg
Because I Couldn't fully Extend my leg,
I Couldn't Then, and I Couldn't Now. -EXB-I
When I Told Him HE immediately Switched WHM-24-
the Screen off and Started Talking To me    0038
About Surgeries He Could Perform In my
leg That Are Not In my Notes from
my Visit With Dr. L. Nguyen. Dr. L. Nguyen
Was on The Phone Talking To Someone
In Reference To me Because he asked
the Other Party IF He Could give me
a Knee Brace. Well obviously they Told
him "No" Because I didn't Recieve
any Treatment from Dr. L. Nguyen, OR
Any Type of Medical Devices, Despite
my obvious Need for Surgical Intervention.
When I Made It Back To the unit I
put In a Request To Medical To Review
the Report That Dr. L. Nguyen Made of his

EXB-H
WHM-24-00039

5

findings. When I Saw The Report from
Our October 15th Report, I was Shocked to    —EXB-A
See Dr. Douangkesone, and Dr. Thomas Daniels
Name On the Report. Dr. L. Nguyen's Report
Stated that He Suggested I use A Brace,
Steroid Injections, Continue my medicine, and    —EXB-J
Try Exercise. Dr. L. Nguyen Padded my Medical
Jacket To Make it Seem as If my Injuries
Were less Significant than They Actually Are.
He Stated that I twisted my Ankle, and knee
falling Down The Stairs, Resulting In Me
Spraining my knee. I Noticed that the
Treatments that had Dr. L. Nguyens Signature
On it, Also Had The Two Doctors Names
from Wellpath. I Wrote A grievance After  —EXB-H
Realizing That my Visit With Dr. L. Nguyen WHM 24-00039
Was Actually a Staged Appointment. With WHM 24-00038
Dr. L. Nguyen Showing Me The Image from   —EXB-I
My Initial Visit with Dr. Douangkesone Where
—EXB-C
VU-24-00231
he Diagnosed Me with Patello Atta, At this
Initial Visit I Could Straighten my leg
Out. This Was The Same Digital Image
Shown To me at My Consult With
Dr. L. Nguyen. Understanding The Intent of
the people Who have Been In Charge of
my Care, I Realize that they Are going
Through Extremely un-ethical measures To
Make This Seem as If they have
done Everything they were going To Do. I
Went for An MRI on my Ankle on Around
—EXBL October 29th. At My October 15th Visit With   —EXB-K
Dr. L. Nguyen The X-Ray of my foot Revealed a
Bones Spur In my foot, and a ganglion Cist.

6

At My Next Consult With Dr. L. Nguyen, I
Was Shewn My MRI Results from my Ankle.
He Told Me That All It Was, Was   -EXB-L
Arthritis, and a ganglian Cist. Initially   -EXB-M
-EXB-K  He Told Me It Was a Bone Chip. AND
-EXB-K.2 This is Reflected in The Medical Records
at Dr. L. Nguyens Production. At This Visit
With Dr. L. Nguyen, He Tells Me that all
He's going To Do On My leg is a Scope
on my Knee, and a Shot In my foot.
This is a Complete Turn around from
My Initial Visit With Dr. L. Nguyen.
I asked Dr. L. Nguyen What we would
Do About The Deformities in my leg, he
Stated That He Couldn't Do anything
about That, Despite his Expirence I knew
This was a lie. I Asked him Why
he Was Only going To Perform the Scope
on my knee and the Shot in my foot?
He Told me at This Point, It Would
Only Be Expiremental Surgery on my foot
at This Point, So I Wouldn't Want that.
He Said The Scope Should help With Some of
The Pain that I'm Dealing With. On November
25th Dr. L. Nguyen Performed The Miniscectomy,
OR KNEE arthroscopy Procedure. While I was
In The Care of Dr. L. Nguyen on This Day
He allowed Some People from Wellpath To
forcefully Straighten my leg Out, and give me
More Steroid Injections. I was under
Anesthisia During This Time, But I Could
feel my leg Being forcefully yanked and
Jerked. During This Time Photographs were

7

Taken To Make It Seem as If my leg was Straight To Show That It wasn't Deformed When It Actually was, and Still is. Why Would you put ME To Sleep for a Procedure That is Normally Performed While the Patient is Awoke Viewing The Operation? With Dr. Explaining what's going on. I left for Surgery at 4:30 That Morning, going To Arkansas Surgical Hospital in Crystal Hill. My Procedure Started at 7:28am, The Procedure lasted 20 Minutes. I Didn't Make it Back To the facility until almost Noon. When I came Back To the unit, I wasn't given any instructions on How To Take Care Of myself, The wounds, or how I would Shower. I Wrote A grievance Three days Post-Surgery On Nurse lane Because I Asked Her What I Needed To Do To Take a Shower, or Deal with my leg? She Told me She didn't have any paper work On me, Post-Op or Anything so She didn't Know What To tell Me. I Took a wash off for A few days, Because They Didn't Tell ME How To Shower With my leg. I Recieved a Back dated Script for EXB-N The Shower After I got A Response from my grievance. I Also Had 7 days of Bed Rest. I Saw Dr. L. Nguyen For My Post Op about 16 days later. At This appointment I Asked Dr. L. Nguyen why He Didn't Perform an MRI of His Own, "He Stated", My Insurance Doesn't Cover Multiple MRI's and Multiple Surgeries. I Showed Dr.

8

L. Nguyen a Bone that has Began To Stick
Out the inside of my leg. He Told me
Physical Therapy Will help, Despite me
Showing him that I Can No longer
Fully Extend my leg without Excruciating
Pain, I Cant put weight on my left leg
To pivot, or attempt To walk. My leg Does
Not allow me To Transfer my weight to
use it. My Bones are No longer in Normal
alignment. As I write this I am in Excr-
uciating Pain, from my knee Down to
my foot. My foot goes Numb Somedays,
and often feels like Im loosing
Circulation In it. I have Different
Colored Veins around the Back of my
foot from my Injuries, and you Can See
the Clot on the Back of my I also
have a knot That forms on the Side
of my leg When Im in a Seated position.
This is the Same knot that was there
When I first Injured myself. I Showed
Dr. L. Nguyen How my leg and foot had Set
in positions That Were Not How my leg
Was Prior To this Injury. Dr. L Nguyen Has
Never Shown me The x-Ray Results of my
legs. and Showed me a Blurred Image
of an MRI on my Ankle. The Exact
Same method as the weilpath Defendants. — EXB-C
When I Returned To the unit I Requested
To View my Medical Jacket. I was Told
That I am To Be taken OFF of The
Crutches after Physical Therapy. I asked
Nurse lane why would they Schedule me

9

ME for Physical therapy. If they haven't
Performed the Corrective Surgery on My leg.
She Told ME that Dr. L. Nguyen Said
This is all He would Be doing
and Physical Therapy is the Only thing
left To Be Done. well My leg is incapable
of Doing the Physical Therapy, and throughout
This Entire Process they Have Been Telling
ME That the Only thing That's Wrong
with My leg is a Tear of the Horn
Segment of the lateral Meniscus. Dr.
L. Nguyens Post-Op findings, Contradict the
MRI Results, and the X-Rays Provided
By the WellPath Defendants. In Dr. L.
Nguyen's Post-op Notes, Dr. L. Nguyen's findings  -EXB-F
State That I have a Grade 4 Change

EXB-F  To My Patello femoral Joint, Dr. L. Nguyens
Report also States That I have a grade EXB-F
3-4 Change To my Posterolateral tibial Plateau.

EXB-A  This Turns out To Be A fracture In the
Knee Part of my leg, and has Been Made
worse from the amount of Time I walked
around with No Crutches, and Before Surgical
Intervention. If the MRI Results Taken

EXB-D  August 9th were Not Fraudulent, then they
would have Showed these Changes To my
leg. If the Defendant's Intent was Not
Criminal, why would you Produce false Infor-
mation To Make my Injuries Seem less
Significant Than they ARE. I have Not
Recieved any Braces for my Knee or my
Ankle, I have Taken So Many Pills that

That It has Began Eating The lining of
My Stomach, which Resulted In me Being
Prescribed Omeprazol To Coat The lining of
My Stomach. This is What the Nurse Told
Me It was For. No Doctor In his Right
Mind Will have you Continue To Take
Over the Counter Pills for Torn ligaments
and Displaced Bones, Instead of Fixing
The full Extent of Your Injuries. At 33
years Old, No Healthy Male Should Be Nearly
Bed ridden Because the Defendants would
Rather Save a Dollar than Fix my leg. My
leg as well as My Body has Began To
Waste Away Because I have Been unable
To Exercise, or Walk In Over 8 months.
If this Was Just a GRADE 1 Tear My
Bone Structure Would Not have Been
Affected, and I would have at least
Been able To Exercise, or Walk By Now.
Dr. L. Nguyen Stated at My Post-Op Visit
with Him, "That My Insurance" Doesn't Cover
Multiple MRI's, and Multiple Surgeries.
At my first Visit with Dr. L. Nguyen He
Told Me That looking at the Placement
of My Knee, I would Need a Patella
Release Surgery To Put the Knee Cap Back
In Place. The fact That I Cannot pay
for A Surgery Should Not Be the Reason
I don't Recieve the Care I Need,
It's Inhumane. As I write this there
Is a Bone Visibly out of it's original
Place In my leg, I have Complained
about this Same thing Before and After

11

The Arthroscopic Surgery. I have Written Multiple grievances In Regards To My Health Post-Operation, Only To Be Told That No Further Action Will Be taken on Any grievances Written In Relation To My Surgery With Dr. L. Nguyen. I have Shown Multiple Staffard Nurses how My leg IS Crooked and this Bone That is Out of Place on My leg Post-Operation. The Defendants Have Intentionally Interfered with the grievance Process which has Made It Extremely Difficult To Exhaust any More of My grievances Because I was Told By the grievance officer Here That I have Written Too Many for the Month Of December In the Month of December I have Only Written 8. Per policy I Can Write 5 per Week. I Can Not Use a System To Exhaust When the Defendant's Coordinate To Make It impossible To use. I have Done Everything I Can. I have had My family attempt To Contact the Unit, But Nothing has Changed. The Wellpath Defendants have Colluded With Dr. L. Nguyen To Make My Injuries Seem less Serious than they Are My leg has Set Incorrectly Due To these intentional acts by the Defendant's. The Only Way this Can Be Remedied is By the Courts Intervention.

## Irreparable Injury

**IV.**

Currently as I Write This, The Full Extent of My Injuries has yet To Be Determined. My leg has healed Incorrectly and has Prevented ME from Walking on it Due To Intentional Delays, Intentional omissions, and Criminal Misconduct By People in Positions of authority in Charge of HEALTH CARE for Incarcerated Individuals. Im Suffering from an Injury To my leg That The Defendants ARE awaRE of But Intentionally Withhold The Diagnosis of To Prevent them from having To Pay for The Care. from The Beginning of My Attempts To get Help for my leg, the Wellpath Defendant's Never Showed me The X-Ray Results of My leg. for four Months They lied To ME By Telling me I had Patella Alta Because My knee Cap had Moved To the upper left Side of my leg. ANybody Could look at My leg and tell that I NEEDED a Doctors attention To Correct The Shape of my leg. The Wellpath Employees, Intentionally, Denied, and Delayed The Care I NEED, and Still Continue To Do So. The Defendants have Provided me with false-Information Pertaining To my leg, By fraudulently Providing me false MRI Results. The Defendants Told me I had a GRADE 1 TEAR In My Meniscus. Meniscus TEARS Do Not Alter Your Bone Structure. My leg and foot has healed Out of Place Because of The Intentional Criminal Recklessness On Behalf of the

Defendants. Because The Defendant's Have Waited
So long To Fix my leg, My future abilities
To Work After I leave Prison ARE in
Jeopardy. I No longer have The full Range
of Motion In my left leg, I Can
Not fully Extend my leg as I Could
Before This Injury. I Can Not Pivot,
Plant, or Attempt To Walk Without
Excruciating Pain In my left leg. I
have Been Dragging my Weight Around on
One leg for the last 9 months. No Amount
Of Pills Will Correct The Injuries I
have Sustained In This fall, and the
Defendant's Know This. I was forced To
Move around on This leg for 5 Months
Without Any Medical Device Such as
a Brace, a Wheelchair, or Crutches,
Nothing More Than OTC Meds. No
Amount of Money Would Be able To
Fully Restore my leg, And The future Damage
of Not Being able To Work Because I
Couldn't Be insured has yet To Be Seen.
My leg is Crooked, and I Walked In Prison
with 2 Straight legs. My leg is Wasting away
as well as My Body Because I have
Not Been Able To Exercise Since this
fall. I have Been on Crutches Since Sep-
Tember 20th, and Before This I Just limped
Around like an 80 yearold Man. To Be
Provided With false Diagnosis, like Patello
Alta, Degenerative Joint Disease, and Arthritis,
OR RA. Because It Would Be Cheaper
To give me A Pill, Vs getting me To

Surgery Is Inhumane. I have Been Told By the FREE World Doctor That My Insurance Doesn't Cover Multiple MRI's, and Multiple Surgeries after I Showed Dr. L. Nguyen a Bone that Was Poking out the Side of my leg that wasn't Before This Injury No Corrective Surgery has Been Performed On my leg. Just Arthroscopic. Dr. L. Nguyen Told ME I Needed a patello Release Surgery To keep my Bones from Rubbing Together, and Surgery In my foot To Remove the Chipped Bones In my foot from The fall. He Told me I would Be In a Boot for 6 - 9 months But the Defendants Would Not Pay for It, So They Did The Cheaper of the Procedures. my leg has Set Incorrectly Due To these Intentional act's By the Defendants. The Defendant's have a Custom of forging a free world Doctors Signature on the Treatments "They" See Fit, Vs following What The Doctor Would Prefer you To Be Treated for. This is Why They Send you To a free world Physician, They only Pay them for the Opinion, Not To perform any Procedures, unless you Pay Attention. The FREE World Physician's Will Talk To you about What you Should Be getting, Wellpath Will forge the Dr's. Signature and Say They Recommended this as an Alternative. If the Courts Don't Intervene I Will Continue To Suffer

Irreparable harm, and my leg Will Be permanently Disfigured. No Amount of Money Could Replace My leg. Just Because It's Still attached to My Body, Does Not MEAN It's in good Shape.

V. Relief

- I am Respectfully Asking The Court To ORDER an Independent MRI, and X-Ray of My left leg To Compare the Intentional Omissions, and MisDiagnosis Produced By the Defendants.

- I am Respectfully Asking the Court to ORDER the Defendant's To Stop Interfering With The grievance Process. I have Written 12 grievances in the last 36 days. I Was Called To the grievance OFFICERS OFFICE and Was Told That I have Written Too MANY grievances for the Month of December. I have only Written 8 in december. Per Policy, I Can Write 5 per week. The DEFENDANTS In Collusion have Made This Process unavailable To Me at This point Because I Can not Exhaust When The officials Intentionally Interfere.

- I am Respectfully asking The Court To Order The Defendants To Try To have My leg fixed By a Doctor of The Courts Choosing.

Relief- Continued

• I am Respectfully asking The Court to Order the Defendants to give Me the Medical Services and Supplies I Need for Proper healing

• I am Respectfully asking The Court for Punitive Damages, Compensatory Damages, and Mental and Emotional anguish. Damages for future Wages for My Injury, Including Rehabilitation, Therapy, Physical and mental. Also Damages for future Employment Disabilities for This Eggrigous Act.

• I am Respectfully Asking the Court for Relief Based on the Defendant's "Intentions," Because Not only Were these act's Intentional, The authority figures involved Deliberately Denied, Downplayed, and Did Nothing about My leg for Months. No Doctor Would Agree With This form of Treatment In human Regard.

• I am Respectfully Asking the Court for Relief In the amount of 8.5 Million Dollars, Collectively, Because This is Intentional on Behalf of the Defendants. I Believe This Would Deter future Eggrigous Acts like This Done By the Defendants.

III. Statement of Claim

A. Varner unit
Jefferson Regional Medical Center
Hawkins unit for Males - Pathway To Freedom
Dr. L. Nguyen's office - St. Vincent location
Dr. L. Nguyen's office - Baden Hefley - Crystal Hill location
Dr. L. Nguyen's office - Arkansas Surgical Hospital

B. April of 2024 - Varner unit
Jefferson Regional Medical Center - Pine Bluff, Ar. - Aug 9th, 2024
Hawkins unit for Males - August 14th - Continuing
Dr. L. Nguyen's office - October 15th - Continuing

**Patient Name:** Barton, Brendon
**DOB:** 4/24/1991

**Skin:** There are no rashes, ulcerations or lesions in the regions examined.
**Mental Status:** The patient is oriented to time, place and person. The patient's mood and affect are appropriate.

## Left Knee Examination
**Inspection:** Inspection of the knee reveals no swelling, ecchymosis or deformity. [handwritten: = What happened to the patello Alta Diagnosis?]
**Palpation:** There is marked lateral joint line tenderness. There is no crepitus with trace effusion.
**Range of Motion:** Minus 10-15 degrees extension range of motion in all areas tested.
**Strength:** Strength testing is 5/5 in all muscle groups tested.
**Sensation:** Sensations are intact.
**Reflexes:** Reflexes are normal and symmetrical.
**Special Tests:** Positive for McMurray's and Apley's testing. Anterior Drawer, Posterior Drawer, Lachman's, Patellar Apprehension and Valgus Stress tests are all negative.
**Gait:** Gait is antalgic.

## Left Ankle Examination
**Inspection:** Inspection reveals mild anterior swelling. There is no deformity, atrophy or ecchymosis.
**Palpation:** Moderate anterior joint line tenderness. No evidence of crepitus or effusion.
**Range of Motion:** Full range of motion in all areas tested of the ankle.
**Strength:** Strength testing 5/5 in all muscle groups tested.
**Sensation:** Sensations are normal in all areas tested.
**Reflexes:** Ankle reflexes are normal in all areas tested.
**Special Tests:** All special testing of the ankle are normal.
**Gait:** Antalgic gait pattern.


**Imaging Orders:** 3 views of the Left knee were ordered, obtained, and interpreted from an orthopedic standpoint. 3 views (AP, Lateral and Oblique) of the Left ankle were ordered, obtained, and interpreted from an orthopedic standpoint.
**Knee Xray Findings:** X-rays of the left knee AP, lateral, sunrise views show mild lateral joint space arthrosis with lateral femoral condyle sclerosis, no fracture.
**Ankle Xray Findings:** X-rays of the left ankle AP, lateral, mortise views show small anterior chip, mild arthrosis

**Diagnostic Test Findings:** Outside MRI scan of the left knee shows pharmacist here. [handwritten: This Chip Doesn't Show up on the MRI ?]

**Diagnosis Codes:**
S83.262A Peripheral tear of lateral meniscus, current injury, left knee, initial encounter, M93.272 Osteochondritis dissecans, left ankle and joints of left foot, M25.372 Other instability, left ankle

**Impression:**
Left knee lateral meniscal tear, posttraumatic. [handwritten: = Since When Do Meniscus Tears Show up on X-Rays?]
Left Osteochondritis dissecans talus, loose body, sprain, instability.

**Treatment Plan:**
Postop when he fell down stairs, he sprained his left knee. There is a lateral meniscus tear present, impinging, unable to fully extend the knee. His left ankle is also injured at the same time, may have had a chipped cartilage, there is a loose

**ELECTRONICALLY SIGNED BY Larry L Nguyen, M.D.**
10/15/2024

[handwritten: EXB - A]

11/19/24, 5:27 PM                                    Mail - Phyllis Lane - Outlook

**To:** Shelly Byers (DOC) <Shelly.Byers@doc.arkansas.gov>
**Subject:** FW: Continued Care for Brendon Barton #152031



**LAURA ROBBINS**
PUBLIC INFORMATION COORDINATOR

Arkansas Department of Corrections
Communications Department

Office: (870) 267.6205
Laura.Robbins@doc.arkansas.gov

**FIND US HERE:**
**Website** – **Facebook** – **Twitter** – **Instagram** – **LinkedIn**

**Confidentiality Notice:** This e-mail message and any attachments is the property of the State of Arkansas and may be protected by state and federal laws governing disclosure of private information.  It is for the intended recipient only. If an addressing or transmission error has misdirected this e-mail, please notify the author by replying to it. If you are not the intended recipient you may not use, disclose, distribute, copy, print or rely on this e-mail.

**From:** Phyllis Lane <mspjlane1@outlook.com>
**Sent:** Friday, April 26, 2024 6:16 PM
**To:** Laura Robbins (DOC) <Laura.Robbins@arkansas.gov>
**Cc:** Dale Reed (DOC) <Dale.Reed@arkansas.gov>
**Subject:** Continued Care for Brendon Barton #152031

To whom it may concern,

Inquiring on what steps are taken when an inmate is hurt, once taken to the infirmary and given meds and x-rays. What are the next steps it the inmate is still having issues, and if the inmate came to the unit with no problems what is done to insure they don't leave with medical issues and problems.


Respectfully,

Phyllis Lane





 Outlook

## Re: Continued Care for Brendon Barton #152031

**From** Phyllis Lane <mspjlane1@outlook.com>
**Date** Tue 5/7/2024 12:45 PM
**To**   Shelly Byers (DOC) <Shelly.Byers@doc.arkansas.gov>

Hello Shelly I'm currently being passed around because no one seems to know whom I need to speak with about the grievance my son has put in regarding his leg/medical issue can you assist me in finding out what is going on with that grievance and what are the next steps at this point he can't bend the leg at all.

Thank you,

Phyllis Lane

Get Outlook for iOS

**From:** Shelly Byers (DOC) <Shelly.Byers@doc.arkansas.gov>
**Sent:** Tuesday, April 30, 2024 8:07:53 AM
**To:** mspjlane1@outlook.com <mspjlane1@outlook.com>
**Subject:** FW: Continued Care for Brendon Barton #152031

Good morning,

You can call ADC Medical Services to have any questions or concerns you may have related to medical care. Our office is open M-F, 0800 – 5:00. 870.267.6331.

Thanks,

Shelly Byers
Assistant Medical Services Administrator
Division of Correction
870-267-6330 (Office)
870-267-6861 (Fax)

**Confidentiality Notice:** This e-mail message and any attachments is the property of the State of Arkansas and may be protected by state and federal laws governing disclosure of private information. It is for the intended recipient only. If an addressing or transmission error has misdirected this e-mail, please notify the author by replying to it. If you are not the intended recipient you may not use, disclose, distribute, copy, print or rely on this e-mail.

**From:** Laura Robbins (DOC) <Laura.Robbins@arkansas.gov>
**Sent:** Monday, April 29, 2024 2:21 PM

Attachment VI
00

# DEPUTY/ASSISTANT DIRECTOR'S DECISION

**INMATE NAME:**    Barton, Brendon B.      **ADC #:**    152031      **GRIEVANCE#:**    VU-24-00231

**CHIEF DEPUTY/DEPUTY/ASSISTANT DIRECTOR'S DECISION:**

On June 20,2024 you grieved "I have put in 7 sick calls and 4 Grievances pertaining to y severe leg injury the 3rd grievance dated 6/6/24 I never received a response for. I'm still in a lot of pain and there is a possibility I could be permanently left with a limp that I didn't have prior to this injury. I saw Dr. Douanckesone Monday June 17th. In so many words he told to stop pressing the issue about my leg because nothing will be done because I'm an inmate and there are certain policies and procedures in place that prevent me from getting outside care. I'm afraid my leg is healing correctly, and this could lead to more serious health risks. If I am not seen by an outside specialist, I asked for an MRI 4 months ago to no avail my daily routines have been effected by this injury. I have developed 2 knots on my left leg that let me know my leg is healing incorrectly."

The medical department responded "You were seen June 8, at nurse sick call, complaining of left knee pain and script renewal which resulted in a provider referral. APN Miller, saw you June 13, and noted swelling of entire knee, a limping gait favoring your left knee and pain. She noted effusion and warmth of left knee, limited range of motion with flexion and extension due to pain, negative anterior drawer Lachman, positive Valgus/varus and that a review of your April 18, x-ray was unchanged from your February 7, 2024, report of Patella Alta. She ordered a no duty script for fourteen days, Ace wrap, continued Naproxen and a follow up with the unit physician. Dr. Douangkesone saw you June 17, discontinued your Naproxen, ordered Meloxicam 15mg, a knee sleeve and a consult for an MRI. The Regional Medical Director reviewed the consult and recommended continued conservative treatment as an alternative treatment plan (ATP). Dr. Douangkesone discussed the ATP with you on June 26, and he ordered no duty for thirty days, self-guided physical therapy (quadricep strengthening as tolerated), continue knee sleeve and elevation. On July 9, you were seen by APN Mill and Dr. Douangkesone. Ms. Miller noted "Dr. Douangkesone & I discussed physical therapy/ and physical therapy exercises to strengthen the quadriceps muscle, which helps stabilize the kneecap and improves the flexibility and strength of the knee joint. Along with NSAIDS, this is often the first line of treatment for patella alta. He was insistent on getting a MRI first but agreed to perform self-guided quadricep strengthening exercises and knee ROM exercises as tolerated Discussed Patella Alta continue ace wrap and knee sleeve for stability Continue Mobic: NASAID Discussed treatment plan and counseled patient on disease state: patient education given & explained Report any acute changes in clinical status Take all medications as prescribed Keep all appointments with all providers Drink at least 120 oz. water/day sick call prn" You were seen last yesterday by Dr. Douangkesone and he continued your no duty for 30 more days and submitted a physical therapy consult. The RMD reviewed the consult this morning and recommended to resubmit your MRI consult at this point. Today, I sent a message to the DON and HSA asking them to ensure that Dr. Douangkesone reviews the ATP. Each unit provider is authorized to order treatment they deem appropriate and clinically indicated, based on their medical judgment. Your medical needs are being addressed. Your grievance has no merit."

Your appeal states "I told Dr. Miller that the Atp's were not working and they were hurting my leg. The Delay is causing my leg to heal incorrectly, and this is hindering my every Day Activities Because I am in an Extreme Amount of pain which would constitute Deliberate indifference"

The medical department's response is upheld, and your appeal is without merit.

DIRECTOR

Aundrea Culclager   9/9/2024

Please be advised that if you appeal this decision to the U.S. District Court, a copy of this Chief Deputy/Deputy/Assistant Director's Decision must be attached to any petition or complaint or the Court may dismiss your case without notice. You may also be subject to paying filing fees pursuant to the Prison Litigation Act of 1995.


{EXB-C}

Attachment IV
00

# HEALTH SERVICES RESPONSE TO UNIT LEVEL GRIEVANCE

**INMATE NAME:** Barton, Brendon B.    **ADC #:** 152031    **GRIEVANCE #:** VU-24-00231

(605) You grieved on June 26, 2024, "I have put in 7 sick calls and 4 Grievances pertaining to my severe leg injury the 3rd grievance dated 6/6/24 I never received a response for. I'm still in a lot of pain and there is a possibility I
could be permanently left with a limp that I didn't have prior to this injury. I saw Dr. Douanckesone Monday June 17th. In so many words he told me to stop pressing the issue about my leg because nothing will be done because I'm an inmate and there are certain policies and procedures in place that prevent me from getting outside care. I'm afraid my leg is healing Incorrectly, and this could lead to more serious health risks. If I am not seen by an outside specialist, I asked for an MRI 4 months ago to no avail my daily routines have been effected by this injury. I have developed 2 knots on my left leg that let me know my leg is healing incorrectly".

The informal response stated, "On 6/11/24 you saw Dr. Douangkeson and Ms. Miller on 6/13/24. Provider went over x=ray, gave medical script for 14 days and ace wrap. Please follow providers orders and take meds as prescribed".  At Step 2 you stated, "I NEVeR went oveR any X-Ray with anybody, My leg is Not Healing Correctly".

You were seen June 8, at nurse sick call, complaining of left knee pain and script renewal which resulted in a provider referral.  APN Miller, saw you June 13, and noted swelling of entire knee, a limping gait favoring your left knee and pain. She noted effusion and warmth of left knee, limited range of motion with flexion and extension due to pain, negative anterior drawer Lachman, positive Valgus/varus and that a review of your April 18, x-ray was unchanged from your February 7, 2024, report of Patella Alta.  She ordered a no duty script for fourteen days, Ace wrap, continued Naproxen and a follow up with the unit physician.  Dr. Douangkesone saw you June 17, discontinued your Naproxen, ordered Meloxicam 15mg, a knee sleeve and a consult for an MRI. The Regional Medical Director reviewed the consult and recommended continued conservative treatment as an alternative treatment plan (ATP).  Dr. Douangkesone discussed the ATP with you on June 26, and he ordered no duty for thirty days, self-guided physical therapy (quadricep strengthening as tolerated), continue knee sleeve and elevation. On July 9, you were seen by APN Mill and Dr. Douangkesone. Ms. Miller noted "Dr. Douangkesone & I discussed physical therapy/ and physical therapy exercises to  strengthen the quadriceps muscle, which helps stabilize the kneecap and improves the flexibility and strength of the knee joint. Along with NSAIDS, this is often the first line of treatment for patella alta. He was insistent on getting a MRI first but agreed to perform self-guided quadricep strengthening exercises and knee ROM exercises as tolerated
Discussed Patella Alta
continue ace wrap and knee sleeve for stability
Continue Mobic: NASAID
Discussed treatment plan and counseled patient on disease state: patient education given & explained
Report any acute changes in clinical status
Take all medications as prescribed
Keep all appointments with all providers
Drink at least 120 oz. water/day
sick call prn"

You were seen last yesterday by Dr. Douangkesone and he continued your no duty for 30 more days and submitted a physical therapy consult.  The RMD reviewed the consult this morning and recommended to resubmit your MRI consult at this point.  Today, I sent a message to the DON and HSA asking them to ensure that Dr. Douangkesone reviews the ATP.

Each unit provider is authorized to order treatment they deem appropriate and clinically indicated, based on their medical judgment.  Your medical needs are being addressed.

Your grievance has no merit.

SIGNATURE OF HEALTH SERVICES
ADMINISTRATOR/MENTAL HEALTH SUPERVISOR OR
DESIGNEE

☑

**Received**

AUG 0 5 2024

**Deputy Director**
**Health & Correctional Programs**

CHARLOTTE GARDNER, MEDICAL SVCS MANAGER
JUL 23, 2024 14:53:06 CDT

**INMATE'S APPEAL**

If you are not satisfied with this response, you may appeal this decision within five working days by filling in the information requested below and mailing it to the Deputy Director for Health & Correctional Programs along with the Unit Level Grievance Form. Keep in mind that you are appealing the decision to the original grievance. Do not list additional issues which were not part of your original grievance as they will not be addressed. Your appeal statement is limited to what you write in the space provided below.

WHY DO YOU DISAGREE WITH THE RESPONSE GIVEN ABOVE?

I told Dr. miller that the Atp's were Not working and they were Hurting my leg. the Delay is Causing my leg to HEAl incorrectly, and this is Hindering my Every DAy Aetivities Because I am In an Extreme Amount of pain which would Constitute Deliberate InDifference

INMATE SIGNATURE _____ 8-1-24

If appealing, please submit both the Unit Level Grievance Form (Attachment I) and the Health Services Response (Attachment IV)

Received

AUG 0 5 2024

Deputy Director
Health & Correctional Programs

**UNIT LEVEL GRIEVANCE FORM** (Attachment I)

Unit/Center VARNER

Name BRENDON BARTON

FOR OFFICE USE ONLY

GRV. # VU-24-00231

Date Received: 6-28-24

GRV. Code #: 1900

ADC# 152031    Brks # 11    Job Assignment Kitchen

RECEIVED
JUN 28 2024
VARNER UNIT GRIEVANCE

6-20-24 (Date) STEP ONE: Informal Resolution

6-26-24 (Date) STEP TWO: Formal Grievance (All complaints/concerns should first be handled informally.)
If the issue was not resolved during Step One, state why: I Never Went over any X-Ray with anybody, My leg is Not Healing Correctly

_____, (Date) EMERGENCY GRIEVANCE (An emergency situation is one in which you may be subject to a substantial risk of physical harm: emergency grievances are not for ordinary problems that are not of serious nature). If you marked yes, give this completed form to the designated problem-solving staff, who will sign the attached emergency receipt. In an Emergency, state why: _____

*Is this Grievance concerning Medical or Mental Health Services?        If yes, circle one: medical or mental*

**BRIEFLY** state your one complaint/concern and be specific as to the complaint, **date**, place, name of personnel involved and how **you** were affected. (Please Print): I have Put in 7 Sick Calls, and 4 grievances pertaining to my Severe leg Injury the 3rd grievance Dated 6/6/24 I never Received a Response too. I'm still in alot of Pain and there is A possibility I Could be Permanantly left with a limp that I didn't Have Prior to this Injury. I SAW DR. DouangKesone Monday June 17th. In So many words He told me "To Stop Pressing the issue about my leg, Because Nothing will be Done because I'm an inmate" and there are Certain Policies and Procedures in Place that Prevent me from getting outside Care." I'm Afraid my leg is Healing Incorrectly and this Could lead to more Serious Health Risks, I F I am Not Seen By an outside Specialist. I asked for an MRI 4 months Ago, To No Avail. My Daily Routines Have Been effected By this Injury. I have Developed 2 knots on my left leg that let me know my leg is Healing Incorrectly.

Received
AUG 0[ ]

Inmate Signature _____    Date 6-20-24

*If you are harmed/threatened because of your use of the grievance process, report it immediately to the Warden or designee.*

**THIS SECTION TO BE FILLED OUT BY STAFF ONLY**

This form was received on 6/26/2024 (date), and determined to be **Step One** and/or an Emergency Grievance
Yes (Yes or No). This form was forwarded to medical or mental health? Yes (Yes or No). If yes, name of the person in that department receiving this form: M. Henry RN  Date 6/21/24

Sgt. T. Underwood _____    ID Number _____    Staff Signature Sgt. T. Underwood    Date Received 6/26/24

PRINT STAFF NAME (PROBLEM SOLVER)

Describe action taken to resolve complaint, including dates: On 6/14/24 you saw Dr. Douangkeson and Ms. Miller on 6/13/24. Provider went over X-ray, gave medical script for 14 days and Ace wrap. Please follow providers orders and take meds as prescribed X [signature] 6-25-24

Staff Signature & Date Returned M. Henry, RN 6/24/ Inmate Signature & Date Received

This form was received on _____ (date), pursuant to **Step Two**. Is it an Emergency? _____ (Yes or No).

Staff Who Received Step Two Grievance: _____    Date: _____
Received

Action Taken: _____ (Forwarded to Grievance Officer/Warden/Other) Date: _____
AUG 0 5 2021

If forwarded, provide name of person receiving this form: _____

**DISTRIBUTION: YELLOW & PINK** - Inmate Receipts; **BLUE** - Grievance Officer; **ORIGINAL** - Given back to Inmate after Completion of Step One and Step Two.    Health & Correctional Programs

ADCF-15



MRI Lower Ext Joint Wo
Cont

08/09/2024 10:54        MRI Lower Ext Joint Wo Cont        Final

Final

MRI LEFT KNEE WITHOUT CONTRAST 8/9/2024

INDICATION: Left knee pain

TECHNIQUE: Multiplanar, multisequence MR images of the LEFT knee were
obtained without IV contrast.

COMPARISON: None

FINDINGS:

Patellofemoral compartment/extensor mechanism: Alignment is normal. No
significant chondromalacia. No subchondral bone marrow edema signal. No
tendinopathy or tear of the quadriceps or patellar tendons. The
retinacula are intact. Mild thickening of the medial patellar plica. The
TT-TG interval measures approximately 14 mm.

Medial compartment: Alignment is normal. No evidence of significant
chondromalacia. No subchondral bone marrow edema signal. No tear of the
medial meniscus.

Lateral compartment: Alignment is within normal limits. No evidence of
high-grade chondromalacia. Tear of the posterior horn segment of the
meniscus.

Cruciate and collateral ligaments: The anterior and posterior cruciate
ligaments are intact. No evidence of acute sprain or tear of the medial
collateral ligament. The components of the lateral collateral ligament
complex are intact.

Miscellaneous: No joint effusion.

IMPRESSION:
Tear of the posterior horn segment of the lateral meniscus.

Signed by Samuel E Edwards, MD 8/9/2024 10:54 AM

Chris Howell Horan - Referring Physician

*[Handwritten note:]* ☀ IF all I had was a GRADE 1
TEAR, How Does it turn into
a GRADE 4 patello Femoral
Joint Change, and a grade
3-4 Posterolateral tibial Plate
This is a FRActure In the
KNEE, I haven't walked
on my leg Since April.

*[Handwritten note, bottom:]* This is a
degenerative tear, you would
be at higher risk
for arthritis with
surgical repair
May take
3 6 mos
to reco...

*[Handwritten signature:]* Marie Lane APRN 8/22/24

EXB - D



# Bowen Hefley

**Patient Name:** Brendon Barton    **Encounter Date:** 10/15/2024    **Date of Birth:** 4/24/1991

## Chief Complaint Pain left lower leg.

*Began Suddenly?*

## History of Present Illness

The patient is a right handed 33 year old black male incarcerated inmate seen today for the left lower leg. The symptoms began suddenly. Symptoms began April, 2024. The problem started after an injury. Onset date: April, 2024. Pain is severe with a rating of 9/10 based on the NRS pain scale. He describes the symptoms as sharp, stabbing and shooting. The symptoms are constant. Since the onset, he reports the problem is getting worse. The symptoms are made worse with stairs, moving, running, walking, engaging in athletics and standing. The patient experiences redness and swelling. There is no legal action pending. Prior testing: MRI. He had a fall down the stairs April 2024. Twisted his left knee, popping and catching, unable to straighten it all the way. His left ankle is also been popping and catching since the accident. He comes in after MRI scan of the left ankle shows lateral meniscus tear.

**Date of Onset:** April, 2024

**Conservative Care History:** The patient has received the following treatments nsaids and injection.

**Medical History** *How did I go from No Medical Conditions To Degenerative Joint Disease?*

**Medical Conditions:** No known medical conditions.

**Current Medications:** acetaminophen 500 mg tablet 2 oral QD (Daily), albuterol sulfate 4 mg tablet 1 oral QD (Daily), baclofen 10 mg tablet 1 oral QD (Daily), meloxicam 15 mg tablet 1 oral QD (Daily), omeprazole 20 mg capsule,delayed release 1 cpDR oral QD (Daily)

**Allergies:** *To A grade 4 Change To My Patello femoral*

**Surgical History:** No prior surgeries entered. *Joint, Change of a grade 3-4 To My Postero lateral Tibial Plateau?*

**Personal and Social History:** The patient currently does not consume alcohol. He is single. He is currently not working.

**Review of Systems** *I Never Told Dr. L. Nguyen My Symptoms were Worse With Walking, Stairs, moving, athletics or standing Because I haven't Been Able To hardly walk Since April*

**General Exam:**

**Constitutional:** Patient is adequately groomed with no evidence of malnutrition.

ELECTRONICALLY SIGNED BY Larry L Nguyen, M.D.
10/15/2024

ATTORNEY CLIENT PRIVILEGE

*EXB - E*

Page 2

**PATIENT NAME: BARTON, BRENDON**
**HOSPITAL NUMBER: 136451**
**DATE OF BIRTH: 04/24/1991**
**PHYSICIAN: Larry Nguyen, M.D.**

*[handwritten: What happened to the Bone Chip?]*

HISTORY:
The patient is a 33-year-old black male incarcerated inmate with left ankle injury in April 2024. He twisted his left knee. He is having worsening popping, catching, unable to straighten it all the way. MRI scan showed lateral meniscus tear and arthrosis. MRI scan of the left ankle was normal except for posterior ganglion cyst. Discussed with him risks and benefits of left knee scope, lateral meniscus debridement, and left ankle steroid injection.

DETAILS OF PROCEDURE:
The patient explained risks and benefits preoperatively including bleeding, infection, pain, tenderness, nerve damage, arthritis, stiffness, wound healing problems, need for physical therapy, bracing, or additional surgeries. The patient was aware of these risks. Signed consent is on the chart.

DETAILED PROCEDURE:
The patient was taken to the operating room on 11/25/2024, placed supine on the operating room table. General anesthesia was followed by anesthesia. Preoperative antibiotics were given. The left leg was prepped and draped in sterile fashion. The steroid injection was given posterolateral on the tibiotalar joint, 40 mg of Depo-Medrol with 2 mL of Marcaine 0.5% plain. The attention was paid to the knee. Superolateral outflow portal was created. The outflow cannula was inserted. The anterolateral portal was created. The arthroscope was inserted. Visualization of the knee joint was performed. Grade 1 changes were present on the patellofemoral joint. Medial compartment was intact. ACL was present within the notch. Lateral compartment showed grade 3-4 changes of the posterolateral tibial plateau with degenerative lateral meniscus tearing, posterior third. The anteromedial portal was created. Thus the meniscus shaver was inserted to debride the fat pad, debrided the lateral meniscus, smoothed with the Serfas while an abrasion chondroplasty was performed on the posterolateral tibial plateau. Final arthroscopy confirmed grade 3-4 changes with adequate debridement of the posterior third lateral meniscus. The wounds were irrigated with normal saline. Skin incisions were closed with 3-0 nylon and injected with 25 mL of Marcaine 0.5% plain. The wounds were dressed with Xeroform, 4 x ..., Webril, and Ace. The patient was awakened, tolerated the procedure well, taken to recovery room in stable condition. Will be discharged back to the facility.

CONDITION:
Fair.

*[handwritten: Why Would you perform Arthroscopic Surgery Before you Determine The full Extent of My Injuries?]*

DIET:
Regular.

*[handwritten: Which Explains Why there is A grade 4 Change To My Patello Femoral Joint, and a grade 3-4 Change]*

ACTIVITY:
Weightbearing as tolerated with crutches. *[handwritten: To MY Posterolateral tibial Plateau]*

Keep dressings clean and dry. Please allow hydrocodone for pain. *[handwritten: That is Not MeNtioned On The MRI Provided By The Well Path Defendants]*

*[handwritten: EXB-F]*

**Page 2 of 3**

# ARKANSAS DEPARTMENT OF CORRECTION
## MEDICAL RESTRICTIONS/LIMITATIONS/SPECIAL AUTHORIZATION(S)

MSF-207

**PART 1 - RESTRICTIONS:**

**RESTRICT INMATE FROM:**

☐ Restrict from assignment requiring strenuous physical activity in excess of hours per day. Allow 10 minute break after each hour.

☐ Restrict from assignment requiring prolonged crawling, stooping, running, jumping, walking, or standing, in excess of hours per day. Allow 10 minute break after each hour.

☐ Restrict from assignment requiring lifting of heavy materials in excess of lbs; and/or overhead work in excess of hours per day. Allow 10 minute break after each hour.

**PART 2 - LIMITATIONS:**

**INMATE REQUIRES:**

☐ Bed Rest    days. Reason:

☐ No Duty    days. Reason:

☐ No Yard Call    days. Reason:

☐ No Sports    days. Reason:

☐ One Arm/Hand Duty    days.

**PART 3 - AUTHORIZATIONS:**

**INMATE IS AUTHORIZED TO:**

☐ Report to the Infirmary for Special Treatments(   )

☐ Soak:

☐ Exercise:

☐ Other:

☐ Bathe in the Infirmary

☐ Sitz Bath

☐ Cast

☐ Other:

☑ Have in Possession:

☐ Cane

☑ Crutches

☐ Brace: (describe briefly)

☐ Prescribed Footwear:

☐ Orthopedic Appliance: (describe briefly)

☐ Other:

☐ Go to Dining/Pill Window/Shower Only

This Medical Restriction(s)/Limitation(s)/Special Authorization(s) Starts: 09/20/2024    02:39:53 PM

This Medical Restriction(s)/Limitation(s)/Special Authorization(s) Ends: 12/31/2024    02:39:54 PM

THOMAS DANIEL

☑

THOMAS DANIEL, MEDICAL DOCTOR
SEP 20, 2024 14:40:11 CDT

**Name:** Barton, Brendon B.

**DOB:** 04/24/1991

**ADC#:** 152031

Distribution: Original - Medical Jacket

*Could you Imagine walking Around with A grade 4. Change to your patello Femoral Joint? Plus A grade 3-4 Crutches? change To Your patello Tibial Plateau? for 5 months*

*EX3-G*

*This is the Day I finally recieved Crutches.*

# DEPUTY/ASSISTANT DIRECTOR'S DECISION

**INMATE NAME:**  Barton, Brendon B.    **ADC #:**   152031    **GRIEVANCE#:**   WHM24-00039

**CHIEF DEPUTY/DEPUTY/ASSISTANT DIRECTOR'S DECISION:**

On October 27, 2024, you grieved "DR. Thomas DANiel, DR Douangkesone, in Collusion with DR. LARRy Nguyen of little Rock, St. Vincent on or about October 15th Conspired To Prouduce FAlSE MEDical Information To PAD my MEDical JAcket To MAke it SEEM AS if my my InJuries ARE less Significant Than They Actually ARE. I fell down The StaiRs In APril and Broke my leg, and Tore "GoD knows What." Which is What The FAlsE Consultation Was For. I Took 4 X-Rays at Dr. L. Neuyen't oFFicE in Little Rock. (3) of my leg and (1) of my foot. I was only Showin (1) x-RAy By DR. L. Nguyen. It Was AN iMAgE of a Fully Extended leg. It Could Not HAve Been (1) oF The X-RAys TakEN that Morning Because I Could Not, and Still CAN Not Extend My leg Due To The Sererity of My InJuries. My leg has Developed A PAiNFull DeFormity Due To these Blatant, and unprofessional Acts By The Above mentioned Doctors."

The medical department responded, "You have an active consult to go out for a Left knee arthroscopy. They want to do a L knee arthroscopy that will diagnose and treat joint problems. You are also scheduled for partial left meniscectomy and chondroplasty due to your diagnosis of lateral meniscus tear. Please be patient for this upcoming appointment. Your grievance is without merit as your condition continues to be reviewed and no one is providing false information to your condition."

Your appeal states "''Dr. Nguyen never diagnosed me with "lateral meniscus tear.'' You all are telling me to be patient, as if you haven't been giving me the run around. This consult doesn't say anything about what they will do about my foot, or what they will do to correct the Deformity in my knee and ankle. They just told me Monday that Dr. Horan canceled my consult. Since when does a fall down the stairs, give you joint problems?''

The medical department appropriately addressed your complaint and you had your knee arthroscopy on November 25, 2024; therefore, this appeal is without merit.

DIRECTOR

*Aundrea Culclager*   12/6/2024

Please be advised that if you appeal this decision to the U.S. District Court, a copy of this Chief Deputy/Deputy/Assistant Director's Decision must be attached to any petition or complaint or the Court may dismiss your case without notice. You may also be subject to paying filing fees pursuant to the Prison Litigation Act of 1995.

*[Handwritten annotation:]* Dr. L. NguyeN NeveR Diagnosed ME With a "lateral MeNiscus TeaR", He Told ME I Came into his CARE With an MRI, That SAiD I had this InJury.

*[Handwritten annotation:]* ExB-H

*[Handwritten annotation:]* Dr. L. NguyeN NeveR perfomed AN MRI on my leg To Determine What Was Wrong With my leg, Despite the Deformity, and his finds Post-op

Grievance Received

**UNIT LEVEL GRIEVANCE FORM** (Attachment I)

Unit/Center _Hawkins Male Unit_          OCT 2 9 2024

Name _BRENDON BARTON_

| FOR OFFICE USE ONLY |
|---|
| GRV. # _WHM 24-00039_ |
| Date Received: _10/29/2024_ |
| GRV. Code #: _600_ |

ADC# _152031_    Brks # _11Bay_    Job Assignment _Bks. Porter_

_10-27-24_ (Date) STEP ONE: Informal Resolution

_10-28-24_ (Date) STEP TWO: Formal Grievance (All complaints/concerns should first be handled informally.)
If the issue was not resolved during Step One, state why: _I Can Prove Every Thing I Brought up in This Grievance_

_____, (Date) EMERGENCY GRIEVANCE (An emergency situation is one in which you may be subject to a substantial risk of physical harm: emergency grievances are not for ordinary problems that are not of serious nature). If you marked yes, give this completed form to the designated problem-solving staff, who will sign the attached emergency receipt. In an Emergency, state why: _____

_Is this Grievance concerning Medical or Mental Health Services? _____ If yes, circle one:_ (medical) _or mental_
**BRIEFLY** state your one complaint/concern and be specific as to the complaint, date, place, name of personnel involved and how you were affected. (Please Print): _DR. Thomas Daniel, DR. Domingkesime, in Collusion with DR. Larry Nguyen of little Rock, St. Vincent on or about October 15th Conspired To Produce False Medical Information To Fad My Medical Jacket To Make it Seem as if My My Injuries Are Less Significant then They Actually Are. I Fell down the Stairs In April and Broke my leg and tore (God knows what) Which is what The False Consultation was for. I Took 4 X-Rays at Dr. L. Nguyen's office in little Rock. (3) of my leg and (1) of my foot. I was only Shown (1) X-Ray By Dr. L. Nguyen. It was AN Image of a fully Extended leg. It Could Not Have Been (1) of the X-Rays Taken that Morning Because I Could Not, and still Can Not Extend My leg Due To The Severity of My Injuries. My leg has Developed A Painfull Deformity Due To these Blatant and unprofessional Acts By the Above mentioned Doctors._

_[signature]_                                    _10-27-24_
Inmate Signature                                Date
_If you are harmed, threatened because of your use of the grievance process, report it immediately to the Warden or designee._

**THIS SECTION TO BE FILLED OUT BY STAFF ONLY**
This form was received on _10/29/24_ (date), and determined to be **Step One** and/or an Emergency Grievance _[illegible]_ (Yes or No). This form was forwarded to medical or mental health? _[illegible]_ (Yes or No). If yes, name of the person in that department receiving this form: _A. Cates, APN_                Date _10-29-24_

_[signature]_          _[illegible]_          _[signature]_          _[illegible]_
PRINT STAFF NAME (PROBLEM SOLVER)    ID Number    Staff Signature    Date Received
Describe action taken to resolve complaint, including dates: _There is no evidence of false documentation provided._

_C Bass, RN, DDN_  _10/28/24_          _[signature]_          **Received**
Staff Signature & Date Returned              Inmate Signature & Date Received

This form was received on _____ (date), pursuant to **Step Two**. Is it an Emergency? _____ DEC 02 2024 (Yes or No).
Staff Who Received Step Two Grievance: _____  Date: _____
Action Taken: _____ (Forwarded to Grievance Officer/Warden/Other) Date: Deputy Director
If forwarded, provide name of person receiving this form: _____  Date: Health & Correctional Programs

------------------------------------------------

**DISTRIBUTION: YELLOW & PINK** - Inmate Receipts; **BLUE** - Grievance Officer; **ORIGINAL** - Given back to Inmate after Completion of Step One and Step Two.

ADCF-15

Attachment IV
00

## HEALTH SERVICES RESPONSE TO UNIT LEVEL GRIEVANCE

**INMATE NAME:** Barton, Brendon B    **ADC #:** 152031    **GRIEVANCE #:** WHM24-00039

DR Thomas DANiel, DR Douangkesone, in Collusion with DR LARRy Nguyen of little Rock, St Vincent on or about October 15th Conspired To Prouduce FAlSE MEDical Information To PAD my MEDical Jacket To MAkE it SEEM AS if my my injuries ARE less Significant Than They Actually ARE. I fell down The StaiRs in APril and Broke my leg, and Tore "GoD knows What " Which is What The FAlSE Consultation Was For I Took 4 X-Rays at Dr L Neuyen't oFFicE in Little Rock (3) of my leg and (1) of my foot I was only Shown (1) x-RAy By DR. L Nguyen It WAS AN iMAgE of a Fully Extended leg It Could Not HAve Been (1) oF The X-RAys TakEN that MoRning Because I Could Not, and Still CAN Not Extend My leg Due To The Serenity of My injuries My leg has Developed A PAiNFull DeFormity Due To these Blatant, and unproFessional Acts By The Above mentioned Doctors

You have an active consult to go out for a Left knee arthroscopy. They want to do a L knee arthroscopy that will diagnose and treat joint problems. You are also scheduled for partial left meniscectomy and chondroplasty due to your diagnosis of lateral meniscus tear. Please be patient for this upcoming appointment. Your grievance is without merit as your condition continues to be reviewed and no one is providing false information to your condition.

SIGNATURE OF HEALTH SERVICES
ADMINISTRATOR/MENTAL HEALTH SUPERVISOR OR
DESIGNEE

*[signature]*  ☑

VESTA BLANKS, MEDICAL SVCS MANAGER
NOV 20, 2024 15:25:02 CST

### INMATE'S APPEAL

If you are not satisfied with this response, you may appeal this decision within five working days by filling in the information requested below and mailing it to the Deputy Director for Health & Correctional Programs along with the Unit Level Grievance Form. Keep in mind that you are appealing the decision to the original grievance. Do not list additional issues which were not part of your original grievance as they will not be addressed. Your appeal statement is limited to what you write in the space provided below

WHY DO YOU DISAGREE WITH THE RESPONSE GIVEN ABOVE? "Dr Nguyen Never Diagnosed me with "lateral meniscus Tear," you all are Telling me To Be patient, as if you havent Been giving me The Run around. This Consult Doesn't Say ANything about what they will do about my foot or what They will do To Correct The Deformity in My knee and ANkle, They Just Told mE Monday that Dr. Horan Canceled my Consult Since When Does a Fall down The Stairs, give you Joint Problems?

INMATE SIGNATURE
*[signature]*  11-23-24

If appealing, please submit both the Unit Level Grievance Form (Attachment I) and the Health Services Response (Attachment IV)

## Received

DEC 0 2 2024

Deputy Director
Health & Correctional Programs

Attachment VI
00

# DEPUTY/ASSISTANT DIRECTOR'S DECISION

| INMATE NAME: | Barton, Brendon B. | ADC #: | 152031 | GRIEVANCE#: | WHM24-00038 |
|---|---|---|---|---|---|

**CHIEF DEPUTY/DEPUTY/ASSISTANT DIRECTOR'S DECISION:**

On October 23, 2024, you grieved "I wenT To St. Vincent MED. CENTER On or About October 15, last week. I Saw A Doctor of Foreign Deseent upon my ARRival I WAs given a SEt oF X-Ray's By A Female Technichian, who Was of AMerican Descent I Told the X-RAy Tech "That I Could Not Straighten My leFt leg out hardly ANy! So She Told ME To Just go As Far As I Could. She Even had me get as Comf. or table as I could that didn't Cause me PAin. She also Did AN XRAy on my Foot. Due To my limiteD RANge oF Motion Since I Fell down The StAiRs in APril. I Couldn't Fully Extend My leg, and Still CANT. The Doctor Showed me an X-Ray of my foot and Told me I had a Bone Spur. HE Also Showed ME a "Fully Extended leg" on X-RAy and immediately Turned it oFF and Switched the attention To Surgery TAlk. I Couldn't Extend my leg. So where Did the X-Ray"

The medical department responded, "The xray completed on October 15th noted that Mild lateral joint space arthrosis with peripheral tear of lateral meniscus left knee and left ostechondritis dissecan talus, loose body, sprain and instability. You are scheduled to go out for left knee arthroscopy, and partial left meniscectomy. THis information is in your medical record. Your grievance is without merit as your condition is being attended to and offsite appointments are scheduled to assist in resolving your condition."

Your appeal states "Since when do x-rays pick up meniscus tears? and the last thing I heard from medical was that Dr. Horan denied my surgery consult. What is "mild" about a 7 month injury, that gave my leg a Deformity? Whats "mild" about the amount of time that has passed before surgical intervention?"

This issue has been addressed in grievances #WHM24-00041 and #WHM24-00039; therefore, this appeal is without merit.

DIRECTOR

*Arundrea Cyeraga* 12/4/2024

Please be advised that if you appeal this decision to the U.S. District Court, a copy of this Chief Deputy/Deputy/Assistant Director's Decision must be attached to any petition or complaint or the Court may dismiss your case without notice. You may also be subject to paying filing fees pursuant to the Prison Litigation Act of 1995.

*How Was All of This Picked up on the X-RAy, But Not the MRI Taken on August 9th*

*EXB-I*

Attachment IV
00

## HEALTH SERVICES RESPONSE TO UNIT LEVEL GRIEVANCE

**INMATE NAME:** Barton, Brendon B.    **ADC #:** 152031    **GRIEVANCE #:** WHM24-00038

wenT To St. Vincent MED CENTER On or About October 15, last week I Saw A Doctor of Foreign Deseent upon my ARRival I WAs given a SEt oF X-Ray's By A Female Technichian, who Was of AMerican Descent I Told the X-RAy Tech "That I Could Not Straighten My leFt leg out hardly ANy! So She Told ME To Just go As Far As I Could. She Even had me get as Comf or table as I could that didn't Cause me PAin  She also Did AN XRAy on my Foot. Due To my limiteD RANge oF Motion Since I Fell down The StAiRs in APril. I Couldn't Fully Extend My leg, and Still CANT. The Doctor Showed me an X-RAy of my foot and Told me I had a Bone Spur  HE Also Showed ME a "Fully Extended leg" on X-RAy and immediately Turned it oFF and Switched the attention To Surgery TAlk. I Couldn't Extend my leg. So where Did the X-RAy

The xray completed on October 15th noted that Mild lateral joint space arthrosis with peripheral tear of lateral meniscus left knee and left ostechondritis dissecan talus, loose body, sprain and instability You are scheduled to go out for left knee arthroscopy, and partial left meniscectomy THis information is in your medical record. Your grievance is without ment as your condition is being attended to and offsite appointments are scheduled to assist in resolving your condition

SIGNATURE OF HEALTH SERVICES
ADMINISTRATOR/MENTAL HEALTH SUPERVISOR OR
DESIGNEE

☑

VESTA BLANKS, MEDICAL SVCS MANAGER
NOV 20, 2024 16 23 54 CST

### INMATE'S APPEAL

If you are not satisfied with this response, you may appeal this decision within five working days by filling in the information requested below and mailing it to the Deputy Director for Health & Correctional Programs along with the Unit Level Grievance Form  Keep in mind that you are appealing the decision to the original grievance  Do not list additional issues which were not part of your original grievance as they will not be addressed. Your appeal statement is limited to what you write in the space provided below.

WHY DO YOU DISAGREE WITH THE RESPONSE GIVEN ABOVE?

Since When Do X-Rays Pick up Meniscus Tears? and the last thing I heard From medical was That DR. Horan Denied my Surgery Consult. What is "Mild" about a 7 Month Injury, That gave my leg a Deformity? Whats "Mild" about The amount of Time that Has passed Before Surgical Intervention

INMATE SIGNATURE                    11-23-24

If appealing, please submit both the Unit Level Grievance Form (Attachment I) and the Health Services Response (Attachment IV)

## Received

### DEC 0 2 2024

Deputy Director
Health & Correctional Programs

**UNIT LEVEL GRIEVANCE FORM**(Attachment I)

Grievance Received

OCT 2 9 2024

Unit/Center _Hawkins Male Unit_

Name _Brenden Barton_

FOR OFFICE USE ONLY
GRV. # _WHM 24-00038_
Date Received: _10/29/24_
GRV. Code #: _600_

ADC# _152031_   Brks # _1 Bay_ Job Assignment _Bks-Porter_

_10-28-24_(Date) STEP ONE: Informal Resolution

_10-28-24_(Date) STEP TWO: Formal Grievance (All complaints/concerns should first be handled informally.)
If the issue was not resolved during Step One, state why: _I Still Cant Straighten My leg Out Due to the Severity of my Injury_

_____, (Date) EMERGENCY GRIEVANCE (An emergency situation is one in which you may be subject to a substantial risk of physical harm: emergency grievances are not for ordinary problems that are not of serious nature). If you marked yes, give this completed form to the designated problem-solving staff, who will sign the attached emergency receipt. In an Emergency, state why: _____

_Is this Grievance concerning Medical or Mental Health Services? ____ If yes, circle one:_ (medical)or men
**BRIEFLY** state your one complaint/concern and be specific as to the complaint, **date**, place, name of person involved and how **you** were affected. (Please Print): _I went To St.Vincent Me_
_CENTER On or About October 15, last week. I saw A Doc_
_of foreign Descent. upon my Arrival I was given a set of_
_X-Ray's by A female Technician, who was of American Descent_
_I Told the X-Ray Tech "That I Could Not Straighten_
_my left leg out hardly ANY." So she Told me to Just_
_go As far As I Could. She Even had me get as Comf-_
_ortable as I Could that didn't Cause me pain. She also_
_Did AN X-Ray on my foot, Due To my limited Range of_
_Motion Since I fell down the Stairs in April. I Couldn't_
_fully Extend my leg and Still CAN'T. The Doctor Showed me_
_an X-Ray of my foot and told me I had a bone spur._
_He Also Showed me a "fully Extended leg" on X-Ray and_
_immediately Turned it off and Switched the conversation_
_to Surgery TALK. I Couldn't Extend my leg, So where did the X-Ray_
_Come From._

_____   _10-23-24_
Inmate Signature                    Date

**If you are harmed,threatened because of your use of the grievance process, report it immediately to the Warden or designee.**

**THIS SECTION TO BE FILLED OUT BY STAFF ONLY**
This form was received on _10/23/24_ (date), and determined to be Step One and/or an Emergency Grievance
_Yes_ (**Yes** or No). This form was forwarded to medical or mental health? _Yes_ (**Yes** or No). If yes, name of the person in that department receiving this form: _Llockrell_   Date _10/23/24_
_Sgt. M. Canada_   _107556_   _Sgt. M. Canada_   _10/23/24_
PRINT STAFF NAME (PROBLEM SOLVER)   ID Number   Staff Signature   Date Received
Describe action taken to resolve complaint, including dates: _We have a report of the Left knee_
_and Left ankle electronically signed by Dr. Nguyen. His treatment plan_
_includes bracing of knee and ankle, exercises, OTC NSAIDs, consider steroids._

_C.Bass, DON  10/28/24_   _____   _10-28-24_
Staff Signature & Date Returned        Inmate Signature & Date Received

This form was received on _____ (date), pursuant to **Step Two**. Is it an Emergency? **Received** (Yes or No).
Staff Who Received Step Two Grievance: _____ Date: _____
Action Taken: _____ (Forwarded to Grievance Officer/Warden/Other) Date DEC 0 2 2024
If forwarded, provide name of person receiving this form: _____ Date: _____

Deputy Director

**DISTRIBUTION: YELLOW & PINK** - Inmate Receipts; **BLUE** - Grievance Officer; ORIG (Grievance Officer)-back to Inmate after Completion of Step One and Step Two.

ADCF-15

**Patient Name:** Barton, Brendon
**DOB:** 4/24/1991

body present. He denies any perceived traumas. We will treat this with bracing of the knee and ankle, exercises, OTC NSAIDs, consider steroid injections. He says the pain is severe over the past 6 months, wants to consider further interventions. We will proceed with MRI scan of the left ankle to evaluate for osteochondral defect and potential arthroscopic debridement of the left knee and ankle. I will see him back to discuss the MRI scan results.
An MRI of the Left Ankle was ordered. Provided patient with home knee exercise program. He will follow-up after the Left Ankle MRI is completed. The patient is full weight bearing at this point.

**Clinical Quality Reporting:** The patient was encouraged to exercise.

Electronically signed by: Larry L Nguyen, M.D.
Date: 10/15/2024 Time: 9:08 AM

**Encounter Date:**
10/15/2024

*[Handwritten annotations:]*

Initially this is what the Defendant's wanted ME To Do Despite ME Not Being Able To Walk. I have Not Been In any of MY Consults With DR. L Nguyen Without the assistance of a Wheelchair OR Crutches.

EXB-J

I have Been Complaining about Not Being able To Do physical Therapy Since April, So why would you Attempt To Have me Continue To Do What I Can't Do!

This is Before the Defendants Realize I wrote the grievance about DR. L.Nguyen, Showing me the Image the Defendants Submitted Electronically.

**ELECTRONICALLY SIGNED BY Larry L Nguyen, M.D.**
**10/15/2024**



**Bowen Hefley** Orthopedics

## X-RAY REPORT

| Patient: | Barton, Brendon |
| --- | --- |
| DOB: | 4/24/1991 |
| Date of X-Ray: | 10/15/2024 |

**Reason for X-Ray:** Pain Ankle
**Body Part:** Ankle
**X-Ray ordered:** X-Ray 73610 - Ankle 3+ views

**Ankle Xray Findings:** X-rays of the left ankle AP, lateral, mortise views show small anterior chip, mild arthrosis

**Impression:** S83.262A Peripheral tear of lateral meniscus, current injury, left knee, initial encounter, M93.272 Osteochondritis dissecans, left ankle and joints of left foot, M25.372 Other instability, left ankle Left knee lateral meniscal tear, posttraumatic.
Left Osteochondritis dissecans talus, loose body, sprain, instability.

Electronically signed by: Larry L Nguyen, M.D.
Date: 10/15/2024 Time: 6:02 PM
Encounter Date:
10/15/2024

*[handwritten annotations:]*

• In REFERENCE to that which has already Been Stated, How is there a Small anterior Chip on Oct. 15th, Then, on Oct. 29 No Internal Derangement of the left ANkle - Oct. 29th

— EXBK

• Then November 25th, I have a posterior ganglion Cyst, AFTER The MRI. Degenerative Joint Disease ?



## X-RAY REPORT

**Patient:**        Barton, Brendon
**DOB:**          4/24/1991
**Date of X-Ray:**   10/15/2024

**Reason for X-Ray:** Pain Knee
**Body Part:** Knee
**X-Ray ordered:** X-Ray 73562 - Knee, 3 views

**Knee Xray Findings:** X-rays of the left knee AP, lateral, sunrise views show mild lateral joint space arthrosis with lateral femoral condyle sclerosis, no fracture.

**Impression:** S83.262A Peripheral tear of lateral meniscus, current injury, left knee, initial encounter, M93.272 Osteochondritis dissecans, left ankle and joints of left foot, M25.372 Other instability, left ankle Left knee lateral meniscal tear, posttraumatic. .
Left Osteochondritis dissecans talus, loose body, sprain, instability.

Electronically signed by: Larry L Nguyen, M.D.
Date: 10/15/2024 Time: 6:02 PM
Encounter Date:
10/15/2024

*[handwritten:] EXB-K.2*

*[handwritten:] Since When Do Meniscus Tears, Show up on X-Rays?*



# Bowen Hefley

4300 Landers Road
North Little Rock, AR 72117

Barton, Brendon
MRN: 1865771_ASRP                    DOB: 1991-04-24              Sex: Male
Study Date: 2024-10-29        Referring Physician: LNGUYEN

ankle, left routine
Indication: Left ankle pain, fall

Comparison: Left ankle radiograph 10/15/24

Technique: Multiplanar multisequence MRI images of the ankle without intravenous gadolinium.

Findings: Achilles tendon is intact. Plantar fascia is intact. Calcaneus is normal. Medial and lateral malleolus are intact. Talus is intact. No soft tissue swelling. Small posterior ankle joint effusion. Tarsal bones are normal. Medial and lateral tendons are normal. Deltoid ligament is intact. Anterior tibiofibular and anterior talofibular ligaments are intact. No soft tissue swelling. Kager's fat pad appears normal. Posterior subtalar joint space is normal. Sinus tarsi is normal. No marrow edema or contusion.

Impression: No internal derangement of the left ankle.

Electronically Signed By: Drew Sessions, MD_2024-10-29 09:18:42

EXB-L

What happened to the Small anterior chip
and the ganglion cyst?



PATIENT NAME:          **BARTON, BRENDON**
HOSPITAL NUMBER:       **136451**
DATE OF BIRTH:         **4/24/1991**
PHYSICIAN:             **Larry Nguyen, M.D.**
DATE OF PROCEDURE:     **11/25/2024**

PREOPERATIVE DIAGNOSES:
1. Left knee lateral meniscus tear with degenerative joint disease, moderate primary.
2. Left ankle posterior ganglion cyst.

POSTOPERATIVE DIAGNOSES:
1. Left knee lateral meniscus tear with degenerative joint disease, moderate primary.
2. Left ankle posterior ganglion cyst.

OPERATIVE PROCEDURES:
1. Left knee scope/lateral meniscus debridement/abrasion chondroplasty.
2. Left ankle steroid injection.

SURGEON:
Larry Nguyen, M.D.

ANESTHESIA:
General anesthesia.

PROCEDURE START TIME:
7:28.

ESTIMATED BLOOD LOSS:
Minimal.

TOURNIQUET TIME:
Approximately 20 minutes.

FINDINGS:
Left knee: Posterior lateral meniscus tear arthroscopically debrided grade 3-4 changes, posterolateral tibial plateau. Abrasion chondroplasty was performed. Left ankle steroid injections given 40 mg of Depo-Medrol with 2 mL of Marcaine 0.5% plain.

*[Handwritten annotations:]*
*Because This will Be The Defendants Explanation for my Pain going forward so They Don't Have To Fix Anything Else on Top of what I went in...*

*EXB-M*

*How Did Dr. L Nguyen Skip Me Being Diagnosed with patella Alta By the Defendants, AND Diagnose me With a Disease we Never Discussed In a 20-Minute-Time FRAME?*

*ARKANSAS DEPARTMENT OF CORRECTION*                                    MSF-207
**MEDICAL RESTRICTIONS/LIMITATIONS/SPECIAL AUTHORIZATION(S)**

**PART 1 - RESTRICTIONS:**

**RESTRICT INMATE FROM:**

☐   Restrict from assignment requiring strenuous physical activity in excess of hours per day. Allow 10 minute break after each hour.

☐   Restrict from assignment requiring prolonged crawling, stooping, running, jumping, walking, or standing, in excess of hours per day. Allow 10 minute break after each hour.

☐   Restrict from assignment requiring lifting of heavy materials in excess of lbs; and/or overhead work in excess of hours per day. Allow 10 minute break after each hour.

**PART 2 - LIMITATIONS:**

**INMATE REQUIRES:**

☐ Bed Rest   days. Reason:

☑ No Duty   7 days. Reason:  medical

☐ No Yard Call   days. Reason:

☐ No Sports   days. Reason:

☐ One Arm/Hand Duty   days.

**PART 3 - AUTHORIZATIONS:**

**INMATE IS AUTHORIZED TO:**

☑ Report to the Infirmary for Special Treatments(  07:00:00 PM   )

    ☐ Soak:

    ☐ Exercise:

    ☑ Other:   ice pack refill as needed at treatment call

☐ Bathe in the Infirmary

    ☐ Sitz Bath

    ☐ Cast

    ☐ Other:

☑ Have in Possession:

    ☐ Cane

    ☐ Crutches

    ☐ Brace: (describe briefly)

    ☐ Prescribed Footwear:

    ☐ Orthopedic Appliance: (describe briefly)

    ☑ Other:   ice pack

☐ Go to Dining/Pill Window/Shower Only

This Medical Restriction(s)/Limitation(s)/Special Authorization(s) Starts:  11/25/2024    01:00:00 PM

This Medical Restriction(s)/Limitation(s)/Special Authorization(s) Ends:  12/02/2024    11:00:00 PM

VICKIE ANN JACKSON

*(signature)*    ☑

VICKIE JACKSON, LIC PRACTICAL NURSE
NOV 25, 2024 15.57:00 CST

**Name:** Barton, Brendon B.

**DOB:** 04/24/1991

**ADC#:** 152031

Distribution: Original - Medical Jacket

*EXB-N*

*- Back Dated Script...*



**Brendon Barton #152031**

**From** Phyllis Lane <mspjlane1@outlook.com>
**Date** Mon 12/2/2024 10:23 AM
**To** shelly.byers@doc.arkansas.gov <shelly.byers@doc.arkansas.gov>; Aundrea.Culclager@doc.arkansas.gov
    <Aundrea.Culclager@doc.arkansas.gov>; Dexter Payne <dexter.payne@arkansas.gov>;
    lindsey.wallace@doc.arkansas.gov <lindsey.wallace@doc.arkansas.gov>

Good Morning to all of you, hope your holiday was great.   Reaching out to you in reference to Brendon Barton and his recent surgery, it's been brought to my attention that he has not received the proper care since having surgery ( 11/25/2024), paperwork was lost or misplaced as to his care following his surgery, he has complained of pain and swelling with no knowledge of how to care for his wounds, how to bathe, how to do anything regarding his care because things weren't properly done once he was back at the unit. I myself have had to instruct him on how to care for his wounds and take care of himself again do to paperwork being lost or misplaced, now I know he is very irritating to say the least but to say that no one knows he had surgery, that there's no record of him having surgery how is this even happening is my question, but again that no one cares about his care is not surprising but sad to say the least.  I know my son has written several grievances that Mrs. Culclager has signed off on or rejected for whatever reason or another not sure what or why but to ignore someone's pain and suffering again not surprising but it's sad, inmates can be a lot to deal with as can civilians but it doesn't change the fact that the problem(s) are still there and need to be addressed. Some people are worse than others and not everyone doesn't deal with pain the same so please don't ignore someone that looks as though they can handles something better than others,  ADC has a moral responsibility as well has a job to make sure inmates are cared for properly period especially after they have had a medical procedure that they are taken care of not to set up infection, know how to bathe themselves with bandages on and off, know if and what medications they are to take, and what limitations they are to be on but how can that be done when no one knows where his paperwork is?  How did the papers get lost in the first place, he was under the influence of medications so clearly, he wasn't in control of that information and I'm sure a guard was given that information prayerful no one instructed that guard to get rid of something that would instruct on my son's care following his surgery.

Brendon has called home stating that he is experiencing tremendous pain, no one can tell him anything other than he papers are lost and someone doesn't like him and though that may be true that he isn't like I can assure you he is definitely loved and I will go to the end of earth to make sure he is okay.  With that being said please advise if you are able to if his paperwork has been found, his care, wound care etc. following his surgery is taken care of, also he is to be seen back in Dr. Nyguen's office 10 days from his surgery date to have his knee looked at and stitches removed again without the paperwork no one can say when that date is, I would ask you so kindly to please find out when that is so that he can be cared for properly please and thank you.

Respectfully,

Phyllis Lane
Mother of Brendon B. Barton #152031

*[Handwritten annotations:]* EXB-O  { E-mail Submitted } { Because "They" said they } { Didn't have any Paper } { Work on my Surgery, OR } { Post-op care. }

**Outlook**

## Re: Brendon Barton #152031

From Phyllis Lane <mspjlane1@outlook.com>
Date Tue 12/3/2024 6:46 PM
To Shelly Byers (DOC) <shelly.byers@doc.arkansas.gov>

Thank you for responding, again I'm not asking for you to disclose any medical information even though I'm listed on all his information to be able to receive anything I need in reference to my so. If you read the email, you would see my simple question in all that was said was where is his medical paperwork that gives instructions on how is he to care for himself. That is not something you have to even give any information from other than to advise his paperwork has been found or it's being looked into, why is everything so hard and controversial with the ADC? Can you answer that or it that like pulling teeth as well, if someone in that whole company could simply state none of you all give two flips about any inmate at any unit, I promise it would really make more sense to me but I guess you all don't want that on paper or verbal. It really shouldn't be this hard to get something so simple taken care of .....and that is to find the paperwork that Brendon Barton was given by Arkansas Surgical Hospital when he was discharged after surgery and simply get it to him or the infirmary so they can care for my son. Please and thank you.

Get Outlook for iOS

**From:** Shelly Byers (DOC) <shelly.byers@doc.arkansas.gov>
**Sent:** Monday, December 2, 2024 2:34:29 PM
**To:** Phyllis Lane <mspjlane1@outlook.com>; Aundrea Culclager (DOC) <Aundrea.Culclager@doc.arkansas.gov>; Dexter Payne (DOC) <Dexter.Payne@doc.arkansas.gov>; lindsey.wallace@doc.arkansas.gov <lindsey.wallace@doc.arkansas.gov>
**Subject:** RE: Brendon Barton #152031

Mrs. Lane,

I cannot disclose medical information via email; however, you may call the medical administrator's office Monday – Friday, 8:00 – 5:00 and speak with one of medical staff members to address your concerns.

Thanks,

Shelly Byers
Assistant Medical Services Administrator
Division of Correction
870-267-6330 (Office)
870-267-6861 (Fax)

ExB-P

**Confidentiality Notice:** This e-mail message and any attachments is the property of the State of Arkansas and may be protected by state and federal laws governing disclosure of private information. It is for the intended recipient only. If an addressing or transmission error has misdirected this e-

Outlook

*[handwritten: EMAIL Because They Told me at the DR's OFFICE my Insurance Doesn't PAY for {Multiple Surgeries}*
*EXB-Q]*

**Brendon Barton #152031**

From Phyllis Lane <mspjlane1@outlook.com>

Date Wed 12/11/2024 7:30 PM

To Shelly Byers (DOC) <Shelly.Byers@doc.arkansas.gov>

Cc lindsey.wallace@doc.arkansas.gov <lindsey.wallace@doc.arkansas.gov>; Dexter Payne <dexter.payne@arkansas.gov>; Aundrea Culclager (DOC) <Aundrea.Culclager@doc.arkansas.gov>; ADC Public Information <ADC.Public.Information@doc.arkansas.gov>

Good evening, it has been brought to my attention that Brendon had his follow up visit with his doctor today (12/11/2024) to have stitches removed and while speaking with his doctor he advised him that his leg is still crooked with his bones rubbing together. When Brendon first meet with Dr. Nyugen he was advised Brendon that he would be correcting the disfigurement in his leg because it was healing crooked from the fall, as well as repair the torn meniscus, clean the broken bone fragments in the knee and ankle as well as clean up the torn cartilage in the knee. Now my understanding is that didn't happen as it was discussed do to his insurance not covering corrective surgery or multiple MRI's, which per the doctor he needed to have another MRI prior to surgery but was advised by Arkansas Department of Corrections that Brendon's insurance didn't cover anything outside of the arthroscope with meniscectomy.

Now that is really strange, from what I understand Brendon doesn't have any insurance of his own so what insurance could you all be speaking of? If Brendon was hurt at the Varner Unit which is part of the Arkansas Department of Corrections, advised proper personnel when this happened why wouldn't ADC make sure he was taken care of by whatever means necessary? Why would his insurance be paying for anything, which he doesn't have unless this is a new thing that inmates have insurance and families aren't advised nor are the inmates.

This is something that has taken seven and a half months for anything to be done, because no one wanted to listen to him and only wanted to tell him he was faking, pretending, nothing was wrong with him he would be okay. Wellpath personnel even went along with ADC employees in saying he was fine there was nothing they could do but yet he's advised by doctors as to what is going to happen following MRI's, x-rays so on and so forth that he would have braces, boots, or what have you to wear following the surgery so that he could heal correctly but yet that hasn't happened because his insurance doesn't pay for these things or is it that ADC says they are paying for those things? I'm just really trying to understand why this is such a hard thing to fix when he was hurt on ADC property, advised who he needed to advise of his injury, went through all the ridicule, attitudes, grievances, and still he is being denied proper treatment and care all because Arkansas Department of Corrections says Brendon's insurance doesn't cover multiple MRI's and corrective surgery from an injury that happen at one of their facilities I really need some understanding.

My son came into the prison system with nothing wrong with him, not an injury, tear, knot, or anything yet he's hurt at one of your facilities and is denied treatment and care. What I would like to see happen is for my son to be given the proper care he deserves, is that too much to ask for I truly don't believe it is.

Now I know I won't be able to get answers directly though I am listed on everything pertaining to him but if someone could please advise my son Brendon Barton #152031 when he will receive the correct

surgery to repair the disfigured leg he is now dealing with, and if he will be place in the proper braces while he heals.

Respectfully,

Phyllis Lane

EXB-Q

ATTORNEY CLIENT PRIVILEGE

800-4

STATE OF ARKANSAS          )
                           ) §
COUNTY OF Pulaski          )

### AFFIDAVIT

I, _Brendon Barton_ , after first being duly sworn, do hereby swear, depose
and state that: As I Write This I have attempted
To Exhaust the Remainder of my grievances,
This Process has Been Interfered With on an
Administrative level, By MRS. Culclager, Mrs. garrett,
and MRS. Blanks. My leg has healed Incorrectly
and Will Effect me For The Rest of my life.
I Could Potentially lose my leg Which is Why
I Wrote and Submitted This Preliminary Intention
Please forgive me for Any Mistakes, and I
ask That you accept This Respectfully.

I further swear that the statements, matters and things contained herein are true and accurate to
the best of my knowledge, information and belief

1-6-25
_____
DATE

_____
AFFIANT

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
_____
SOCIAL SECURITY #

SUBSCRIBED AND SWORN TO BEFORE ME, a Notary Public, on this 6th day of
_January_ , 20 25

_____
NOTARY PUBLIC

My Commission Expires 04-21-2027

JANICE R SUTTON
NOTARY PUBLIC-STATE OF ARKANSAS
PULASKI COUNTY
My Commission Expires 04-21-2027
Commission # 12701348.

STATE OF ARKANSAS            )
                             )
COUNTY OF _Pulaski_____    )

SUBSCRIBED AND SWORN TO BEFORE ME, a Notary Public, on this

_6th___ day of _January_____ , 20_25_.

_____
NOTARY PUBLIC

My Commission Expires: _04-21-2027_____

```
JANICE R SUTTON
NOTARY PUBLIC-STATE OF ARKANSAS
PULASKI COUNTY
My Commission Expires 04-21-2027
Commission # 12701348
```

## CERTIFICATE OF SERVICE

I, _BRENDON BARTON____ , do hereby certify that I have on this

_6th__ day of _January_____ , 20_25_, mailed a copy of the

foregoing legal document to __U.S. District Court_ at the address of

_600 W. Capitol Ave. A-149____ , in _Pulaski'_ county,

using the United States Postal Service with sufficient postage for delivery.

_____
Inmate Signature
ADC # _15203/_____

_Wrightsville,_____
_/_____ AR _72183_

Brendon Burton #152031
PTF Hawkins unit for Males
P.O. Box 1010
Wrightsville, AR. 72183

THIS MAIL
ORIGINATES FROM
ADC
HAWKINS UNIT



quadient
FIRST-CLASS MAIL
IMI
$003.71
01/07/2025 ZIP 72183
043M31231788
US POSTAGE

U.S. District Court

600 W. Capitol Ave.    A-149

Little Rock, Arkansas. 72201