**FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983**

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS

FEB 2 6 2025

TAMMY H. DOWNS, CLERK
By: _____ DEP CLERK

_Central_ DIVISION

CASE NO. 4:25-cv-00023-DPM-ERE

Jury Trial: ☐ Yes ☐ No
(Check One)

I. Parties

In item A below, place your full name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.

A. Name of plaintiff: **Brendon Barton**
ADC # 152031
Address: P.O. Box 1010, Wrightsville, AR. 72183

Name of plaintiff: _____
ADC # _____

Address: _____

Name of plaintiff: _____
ADC # _____

Address: _____

In item B below, place the full name of the defendant in the first blank, his official position in the second blank, his place of employment in the third blank, and his address in the fourth blank.

B. Name of defendant: **Marsha Miller**
Position: APN
Place of employment: Wellpath — Varner Unit
Address: P.O. Box 600, Grady, AR. 72168

Name of defendant: S. Douangkesone
Position: Medical Doctor

4

Place of employment: WellPath - Varner Unit

Address: P.O. Box 600, Grady, AR. 72168

Name of defendant: Chris H. Horan

Position: M.D. Regional Medical Director

Place of employment: Wellpath - ADC

Address: 6814 Princeton Pike, PB, AR. 71602-9411

Name of defendant: Thomas Daniel

Position: Medical Doctor

Place of employment: Wellpath - Hawkins unit for Males

Address: P.O. Box 1010, Wrightsville, AR. 72183

II. Are you suing the defendants in:

☐ official capacity only
☑ personal capacity only
☐ both official and personal capacity

III. Previous lawsuits

A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action?

Yes ___ No ✓

B. If your answer to A is yes, describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

☐ Parties to the previous lawsuit:

Plaintiffs: _____

_____

Defendants: _____

_____

5

Defendants-Continued

Merie lane
APRN - Wellpath - Hawkins unit for Males
P.O. Box 1010, Wrightsville, AR. 72183


Vesta Blanks
Medical Services Administrator - Wellpath
Hawkins unit for Males
P.O. Box 1010, Wrightsville, AR. 72183

☐ Court (if federal court, name the district; if state court, name the county): _____

☐ Docket Number: _____

☐ Name of judge to whom case was assigned: _____

☐ Disposition: (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____

☐ Approximate date of filing lawsuit: _____

☐ Approximate date of disposition: _____

IV.  Place of present confinement: _Hawkins unit for Males, at The Pathway To Freedom Building._

V.  At the time of the alleged incident(s), were you:
(check appropriate blank)

_____ in jail and still awaiting trial on pending criminal charges

__✓__ serving a sentence as a result of a judgment of conviction

_____ in jail for other reasons (e.g., alleged probation violation, etc.)
explain: _____

_____

VI.  The Prison Litigation Reform Act (PLRA), 42 U.S.C. § 1997e, requires complete exhaustion of administrative remedies of all claims asserted, prior to the filing of a lawsuit. There is a prisoner grievance procedure in the Arkansas Department of Correction, and in several county jails. Failure to complete the exhaustion process provided as to each of the claims asserted in this complaint may result in the dismissal without prejudice of all the claims raised in this complaint.

A.  Did you file a grievance or grievances presenting the facts set forth in this complaint?
Yes _✓_  No ____

B.  Did you completely exhaust the grievance(s) by appealing to all levels within the grievance procedure?

6

Yes ✓  No ✓

If not, why? There are a few, That were Interfered With On an Administrative level, I can Prove.

VII.  Statement of claim

State here (as briefly as possible) the <u>facts</u> of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

1. April of 2024, I fell down the Stairs and Broke my leg. I had To put in 2 Sick Calls, and Have my family Call Before I was Seen By Apn Marsha Miller. I was given 3 Steroid Injections at this Initial Visit, and 5 days of a lay-In. Approximately 14 days Before I was given an X-Ray Around April 18th. Apn Miller Issued Me an Ace Wrap That I had To Return In 5days, 1 Prescription for Naproxen. I wasn't Issued Any Crutches and as a Result of This I was forced To Walk on my Severely Injured leg, Worsening The Condition of my Injury. For 6 Months I walked around without Any Crutches further Damaging my leg as I Continued To put

7

Amended Complaint - Statement Continued

In Multiple Sick Calls Without Any Relief. This occurred at The Varner unit Facility from April 4th - August 14th of 2024. I am Suing Marsha Miller-APN for Wellpath In her Individual Capacity. I am Seeking Money Damages, for Pain and Suffering, and Other Relief, and To Have my leg fully Restored.

2. Around April 26th, I was In the Care of Dr. Douangkesone until August 14th. I put In Multiple Sick Calls, and Multiple Grievances and I Still Couldn't get an Outside Consult. On June 17th I Saw Dr. Douangkesone and he Tried To Reset my leg. He Also Told me To leave This Whole Thing alone Because Nothing Will Be Done Because I am an Inmate and There are Certain Policies and Procedures That Prevent me from Recieving Outside Care. I wasn't given Any Crutches or Refered for an Outside Consult for Proper Assessment, Because of The unconstitutional Behavior of Dr. Douangkesone I was forced To Walk on my Severely Injured leg furthering The Damage That has Created long-Term lasting Effects. I am Suing Dr. Douangkesone MD for Wellpath In his Individual Capacity. I am Seeking Money Damages for pain and Suffering, other Relief, and To Have my leg fully Restored.

3. August 9th Dr. Chris Horan Authorized me To go To Jefferson Regional Medical Center for An MRI That He Denied on 3 previous Occassions Since I Broke my leg April 4th. Dr. Chris Horan Is The Regional Medical Director and Produced a fraudulent Document Containing fake Results of an MRI. Dr. Chris Horan

Caused further Damage To My leg By Directing Dr. Douangkesone, Dr. Thomas Daniel, APN-Marsha Miller, APN M. Lane, V. Blanks, To Withhold The Diagnosis of My Injuries In a Coordinated Effort with Dr. L. Nguyen of Bowen & Hefley. Dr. Chris Horan Submitted an X-Ray Image of a "Fully Extended" leg To Dr. L. Nguyen To Base His Diagnosis off of. This Effort was Coordinated Because on October 15th of 2024 I Could Not, and Still Can not fully Extend my leg Due To the Severity of My Injuries. Dr. L. Nguyen Spoke With Dr. Chris Horan, and Dr. Thomas Daniel On October 15th about giving Me A Brace That was Denied By 2 physician's In Charge of my Care. Braces That I Should have had 6 months Prior According To Dr. L. Nguyen. Dr. Chris Horan Has Harmed me By Directing The Health Care Providers To Down Play the Severity of My Injury, Withhold the Diagonsis, AND Refused To Pay To Determine The full Extent of My Injuries. Dr. L. Nguyen Informed me That my Insurance Does Not Cover Multiple Surgeries, and Multiple MRI'S. As a Result of Dr. Chris Horans unconstitutional Conduct My leg has Set Incorrectly, leaving me With a painfull deformity. I am Suing Dr. Chris Horan In his Individual Capacity for Pain and Suffering, Money Damages, and Other Relief, and To have my leg Fully Restored.

4. September 20th, 2024 I was Referred To Dr. Thomas Daniel, After Multiple Sick Calls at The Hawkins unit for Males. Dr. Daniel Tried To Reset my leg By forcefully yanking on my leg at This Visit. Dr. Daniel Became

Vulgar with me, and took photos of my leg. I was in a Seated Position while Dr. Thomas Daniel tried to Reset my leg. I asked for Crutches again after 6 months of Complaining. If it wasn't for the Nurse Speaking up I would not have Recieved the Crutches. Dr. Thomas Daniel failed to Diagnose the fractures in my leg At this visit. January 13th or 14th, Dr. Thomas Daniel Diagnosed me with a grade 4 Change in my Patello-Femoral Joint. He Told me that I would need Another MRI Before Surgery, But Refused to Make the Consult Refferal. Despite me already Recieving Arthroscopic Surgery Before my Second visit with Dr. T. Daniel, Dr. Daniel knew my leg was Broke the Entire Time. As a Result of Dr. T. Daniels unconstitutional Conduct my leg has Set Incorrectly which has left me With a Painfull Deformity. I am Seeking Money Damages for Pain and Suffering, Other Relief, and to have my leg fully Restored. I am Suing Dr. Thomas Daniel in His Individual Capacity.

5. Vesta Blanks - Health Services Manager
When I made it to the Hawkins Male unit I came in Contact with Mrs. Blanks. Since I have Been Here Mrs. Blanks has Provided me with false Medical Information in a Coordinated Effort to Make my Injuries Seem less Significant than they actually Are. Mrs. Blanks Has Told me that Nothing else Would Be done to my leg After Arthroscopic Surgery. Mrs. Blanks Denied my Grievances and Interfered with the Count of them

By Directing The grievance officer To Take "No Further Action" on my Complaints About my Surgery Consult with Dr. L. Nguyen. MRS. Blanks Coordinated with the grievance officer To Interfere With The Exhaustion Phase of my grievance. Because of MRS. Blanks unconstitutional Conduct My Exhaustion Process was Interfered with and Key Allegations were ultimately Dismissed for un-merited Procedural Error's Despite me following Every Rule, and Meeting Every Deadline. I am Suing MRS. Blanks In Her Individual Capacity for Pain and Suffering, Other Relief, and To have my leg fully Restored.

6. APRN - Merle Lane

August 22nd, I Saw Nurse Lane To go Over The MRI Results from My MRI Taken August 9th. M. Lane Told Me that I Had A Tear of The Horn Segment of the lateral Meniscus. She Told Me This was a grade 1 Tear and That It Would heal on it's Own In 2-6 Months. I Saw Nurse Lane again November 5th, 2024 She Noted Swelling, Displacement from my knee To my Ankle. I Explained To Her my Pain, Telling her about Hot & Cold Sensation of Pain In my left leg. A Deformity, Dis-Coloration, a Significant Difference Between my 2 legs Due To falling Down the Stares In April of 2024. She Told Me She Would Not Refer me for Surgery. MRS. Lane failed To Diagnose The fractures in my leg Causing me unnecessary pain and Suffering, MRS. Lane Refused To give me Crutches as a result OF APRN Lane I Was forced To walk around on a Broken leg Causing More Damage To my

To my severe leg injury, I developed a painful deformity that continues to have lasting effects on my everyday life. I still can not walk as a result, and I am in constant pain. I am suing APRN LANE in her individual capacity for pain and suffering, other relief, and to fully restore my leg.

VIII. Relief

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I would like Myles fully Restored, Compensation for Past and Future Expenses, Because This will affect me for life. Punitive, Compensatory, Mental & Emotional Damages.

I declare under penalty of perjury (18 U.S.C. § 1621) that the foregoing is true and correct.

Executed on this 22 day of February, 20 25.

_____#152031_____

_____
Signature(s) of plaintiff(s)

STATE OF ARKANSAS )
COUNTY OF Pulaski )

RECEIVED
US DISTRICT COURT
EASTERN DISTRICT ARKANSAS
2025 FEB 26 A 10: 01
TAMMY H. DOWNS

SUBSCRIBED AND SWORN TO BEFORE ME, a Notary Public, on this 22nd day of February, 20 25

_____
NOTARY PUBLIC

My Commission Expires: 04-21-2027

JANICE R SUTTON
NOTARY PUBLIC-STATE OF ARKANSAS
PULASKI COUNTY
My Commission Expires 04-21-2027
Commission # 12701348

## CERTIFICATE OF SERVICE

I, Brendon Barton, do hereby certify that I have on this _____ day of _____, 20___, mailed a copy of the foregoing legal document to U.S. District Court at the address of 600 W. Capitol Ave, LR, AR. 72201, in Pulaski county, using the United States Postal Service with sufficient postage for delivery.

_____
Inmate Signature
ADC # 152031

_____
Wrightsville   AR 72183

Brendon Barton #152031
PTF- Hawkins Unit For Males
P.O. Box 1010
Wrightsville, AR. 72183

THIS MAIL ORIGINATES FROM ADC HAWKINS UNIT



quadient
FIRST-CLASS MAIL
IMI
$002.04
02/24/2025 ZIP 72183
043M31231588
US POSTAGE

U.S. District Court
Richard Arnold United States Courthouse
Clerks Office
600 W. Capitol Avenue.
Suite A-149
Little Rock, AR. 72201-3325

official Business