# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

BRENDON BARTON
ADC #152031                                                           PLAINTIFF

v.                              No. 4:25-cv-23-DPM

MARSHA MILLER, APN, Wellpath,
Varner Unit; SILAKHONE
DOUANGKESONSE, Doctor, Wellpath,
Varner Unit; CHRIS H. HORAN, MD,
Regional Medical Director, ADC;
THOMAS DANIEL, Doctor, Wellpath,
Hawkins Unit; VESTA BLANKS, Medical
Services Manager, Wellpath, Hawkins
Unit; and MARIA LANE, APN, Wellpath,
Hawkins Unit                                                         DEFENDANTS

## ORDER

1. The Court withdraws the reference.

2. On 10 March 2025, Miller, Douangkesosne, Horan, Daniel, Blanks, and Lane filed a suggestion of bankruptcy and notice of stay. *Doc. 8*. The amended interim stay order automatically says this action against the Wellpath defendants—for now. *Doc. 8-2; see also In re Wellpath Holdings, Inc.*, Case No. 24-90533 (Bankr. S.D. Tex.).

This case is therefore stayed *nunc pro tunc* 10 March 2025 and is administratively terminated. Miller, Douangkesosne, Horan, Daniel, Blanks, and Lane must keep the Court informed about the status of the

Wellpath bankruptcy proceedings. Status report due 10 May 2025 and every two months thereafter. Status report due immediately when the stay is lifted or extended as to the Wellpath defendants.

**3.** The Court directs the Clerk to update the docket sheet to reflect Defendants Douangkesosne and Lane's correct names—Silakhone Douangkesonse and Maria Lane.

So Ordered.

*NPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

20 March 2025