IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

JUN 18 2026

TAMMY H. DOWNS, CLERK
By: _____
DEP CLERK

BRENDON BARTON
ADC #152031                                                          PLAINTIFF

v.                              No. 4:25-cv-23-DPM

MARSHA MILLER, APN, Wellpath,
Varner Unit;  SILAKHONE
DOUANGKESONSE, Doctor, Wellpath,
Varner Unit;  CHRIS H. HORAN, MD,
Regional Medical Director, ADC;
THOMAS DANIEL, Doctor, Wellpath,
Hawkins Unit;  VESTA BLANKS, Medical
Services Manager, Wellpath, Hawkins
Unit;  and MARIA LANE, APN, Wellpath,
Hawkins Unit                                                        DEFENDANTS

## ORDER

Motion, *Doc. 71*, granted as modified.  For good cause, the Court reopens and extends Barton's time to submit materials supporting his objections until 2 July 2026.  Final extension.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

18 June 2026