# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**BRENDON BARTON**
**ADC #152031**                                        **PLAINTIFF**

**v.**                       **No. 4:25-cv-23-DPM**

**MARSHA MILLER, APN, Wellpath,**
**Varner Unit;  SILAKHONE**
**DOUANGKESONSE, Doctor, Wellpath,**
**Varner Unit;  CHRIS H. HORAN, MD,**
**Regional Medical Director, ADC;**
**THOMAS DANIEL, Doctor, Wellpath,**
**Hawkins Unit;  VESTA BLANKS, Medical**
**Services Manager, Wellpath, Hawkins**
**Unit;  and MARIA LANE, APN, Wellpath,**
**Hawkins Unit**                                      **DEFENDANTS**

## ORDER

The Court reopened the record to allow Barton to submit the materials his family members had tried to file with the Clerk.  He has submitted a letter from his mother, and another from his sister, describing his leg injury and how it has healed improperly due to inadequate care, causing him to limp and hurt.  He also filed an excerpt from a Google search result, explaining why X-rays are better than MRIs at revealing "patella alta," a high-riding knee cap.  The Court has considered all this in reviewing Magistrate Judge Ervin's recommendation *de novo*, and considering Barton's objections.  Fed. R.

Civ. P. 72(b)(3).   Barton's treatment may well have been inadequate. It certainly didn't fix his leg.   But taking the record in the light most favorable to Barton, his deliberate indifference claims fail as a matter of law.   Recommendation, *Doc. 68*, adopted.   Objections, *Doc. 69*, overruled.  The motion for summary judgment, *Doc. 54*, is granted as modified.   Barton's constitutional claims will be dismissed with prejudice;  but any claim for medical malpractice about his treatment will be dismissed without prejudice.

So Ordered.

_____

D.P. Marshall Jr.
United States District Judge

_____14 july 2026_____

-2-