# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**BRENDON BARTON**
**ADC #152031**                                                    **PLAINTIFF**

**v.**                        **No. 4:25-cv-23-DPM**

**MARSHA MILLER, APN, Wellpath,**
**Varner Unit;  SILAKHONE**
**DOUANGKESONSE, Doctor, Wellpath,**
**Varner Unit;  CHRIS H. HORAN, MD,**
**Regional Medical Director, ADC;**
**THOMAS DANIEL, Doctor, Wellpath,**
**Hawkins Unit;  VESTA BLANKS, Medical**
**Services Manager, Wellpath, Hawkins**
**Unit;  and MARIA LANE, APN, Wellpath,**
**Hawkins Unit**                                            **DEFENDANTS**

## JUDGMENT

Barton's constitutional claims are dismissed with prejudice. Any state law claim for medical malpractice is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

_____
14 July 2026